# EXHIBIT 36



**32BJ**
**SEIU**
*Stronger Together*

# NEWS

**FOR MORE INFORMATION**

Matt Painter: 917-561-2758
Matt Nerzig: 212-539-2882

*Service Employees International Union*
**FOR IMMEDIATE RELEASE**

Wednesday, September 8 2010

## CAFETERIA WORKERS AT GEORGE MASON STRIKE TO PROTEST UNSAFE WORKING CONDITIONS AND RETALIATION FOR ORGANIZING

**Fairfax, VA**—More than 100 food service workers employed by Sodexo at George Mason University went on strike today to protest unsafe working conditions in the school's cafeterias. The workers—who have suffered cuts, burns and broken bones on the job—have requested safer conditions but say management from the French-based cafeteria contractor has responded to their demands with retaliation instead of providing the protections they need.

"We are tired of getting burned and getting cut on the job," said Cristala Morano, who has worked since 1989 for Sodexo. "We want safe jobs and we want our union, but when we speak up, management tries to scare and intimidate us. That's why we're on strike."

Last week, students and workers delivered a petition to Sodexo management demanding safe jobs. Instead of addressing the concerns raised in the petition, Sodexo responded by changing the work assignment of one of the worker leaders of the delegation so she would no longer have contact with students.

From the strike line, Sodexo workers described getting hurt on the job. One worker severed her finger on a meat slicer. Another sustained painful burns from chicken grease. Workers believe basic protective equipment like gloves could have prevented some of the painful injuries.

"Sodexo workers shouldn't go to work fearing that they might end up in the hospital," said Jaime Contreras, 32BJ District Director. "Last year the company made $1 billion in profits, and workers are simply asking the company to provide good jobs with basic safety protections."

Since 2000, the U.S. Occupational Safety and Health Administration (OSHA) and various state workplace safety agencies have found 160 violations and levied penalties of more than $200,000 against Sodexo for problems at its various worksites across the country. In May of this year, the company abruptly terminated the position of a New Jersey employee who alerted OSHA to serious safety violations in the South Plainfield School District.

Since workers began organizing with 32BJ of the Service Employees International Union last year, workers and students have held rallies and delegations to Sodexo's management. In April, workers staged a one-day walkout in protest of the company's intimidation of union supporters. Last week, students and workers delivered a petition to Sodexo management demanding safe jobs.

GMU Sodexo workers earn far below Fairfax County's living wage. With Sodexo's healthcare plan costing up to $240 a month, most workers say they can't afford health insurance for their families.

Despite making $7.7 billion in revenue in 2009 and being the 22nd largest corporation in the world, Sodexo pays its workers in the United States as little as $7.50 an hour and does not offer affordable health care options to its food service and similar employees. Two-thirds of Sodexo's non-managerial employees in the United States do not have coverage under the medical insurance plans offered by the company.  Sodexo operates in 80 different countries.

With more than 120,000 members in eight states, including 15,000 in the D.C. Metropolitan Area, 32BJ SEIU is the largest property service workers union in the country.

###

# EXHIBIT 37

**William Fry**
Retail Operations Director
Mason Dining - Sodexo Campus Services
George Mason University

www.facebook.com/masondining

**From:** Tyler King [mailto:tylerk1986@gmail.com]
**Sent:** Monday, April 26, 2010 5:53 PM
**To:** Fry, William
**Subject:** Fwd: This Thursday w/Sodexo Workers!

Sent from my iPhone

Begin forwarded message:

**From:** Amaya Henry <amayahenry@gmail.com>
**Date:** April 26, 2010 4:45:07 PM EDT
**Subject:** This Thursday w/Sodexo Workers!

Hi Folks,

Thanks so much for your support of the Sodexo workers. At this point most of you all have spoken to workers and know that what is happening to them is very much real. For those of you who have written letters, the workers thank you. For those of you who haven't yet, it's a great place to start! When you write your letter in support of the workers make sure to send it to 1)the broadside 2) student government 3) the GMU president 4) connect2mason.com and most importantly, 5) Sodexo. You only need to write one letter but send it to each place. The next thing to do is speak up! Talk to your friends, parents, teachers, and any organizations you are a part of. The best thing you can do of course is get yourself, your parents, and your friends involved. **This Thursday at 4:30pm** in the JC is the perfect opportunity. Workers are going to speak to Student Government to make sure they know that what is happening to them is very much real and it isn't just one or two people. What workers want is simple, to be treated fair and with respect, decent working conditions, and to have a strong voice at their workplace which includes exercising their legal right to able to form a union if they so choose, without intimidation from Sodexo. This issue isn't about GMU or about us, it's about the workers. Sadly there are people who will try to distract and deviate from the real focus and may even try to politicize this. Workers rights and their free choice to organize with a union is not political in anyway. In fact, if you have been keeping up with the disaster at the Massey coal mine you have probably heard the outcry from the coal mining community

about how much safer union mines are because workers are able to have a voice in the work place. The statistics strongly prove it to be so.  But I digress, please **RSVP  via email or text message if you ARE or ARE NOT able to make it** this **Thursday 4/29/10 at 4:30 in room C of the Student Government office in the Johnson Center** (behind the info desk). We don't need signs but come see me so I can give you buttons for the event. I will be phone banking anyone who does not RSVP yes or no by Tuesday night, so please respond one way or the other. Remember to put your first and last name at the end of your RSVP. Keep in mind we only have until the last day of classes to make an impact this year so please try to make it. Furthermore, this will be the most important event of this school year and probably the last big event.


In Solidarity,


Amaya Henry, Organizer

SEIU 32BJ

1025 Vermont Ave. NW, 7th Floor

Washington, DC 20005

Work: 202-742-1622

**Cell: 301-367-8558**

ahenry@seiu32bj.org or amayahenry@gmail.com

www.cleanupsodexo.org

www.seiu32bj.org

www.seiu.org

Confidentiality Notice: This electronic message transmission contains information from Sodexo, Inc. which may be confidential and/or proprietary. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please let us know by reply and then delete it from your system.

# EXHIBIT 38

September 2, 2010

Dear President Alan Merten,

Students at George Mason University have learned that dining workers on our campus are facing abuse, mistreatment, and intimidation by Sodexo management. Our on-campus workers are making below living wage salaries while Sodexo, a Fortune 500 corporation, made over 500 million dollars in profits during 2009 from exploiting their workers. Many of our workers have families at home and struggle to support them with low wages. Additionally, Sodexo's health insurance options cut deeply into workers' pay checks. Worst of all, Sodexo does not provide a safe environment for our dining workers. Workers have come out publically about burns, cuts, and back injuries that were not handled properly by Sodexo. With all this injustice, the Mason administration continues its support of these unfair practices through its contract with Sodexo.

Students are not letting Sodexo get away with exploiting our workers. This fall, workers and students have decided they have had enough. Students and workers are working side-by-side in the movement towards fair labor practices. No longer will we let the Mason administration stand by while dining workers suffer under shameful Sodexo. We, students at Mason are demanding that the administration do the following:

1. **Kick out Sodexo Immediately.** We demand that the George Mason University notifies Sodexo that it will be ending its contract. Mason has the right to cancel and terminate the contract, without penalty, upon 60 days written notice to Sodexo.
2. **Require Mason Dining or the New Contractor to provide the following:**
   - **Worker Security:** Re-hire all previous workers under Sodexo
   - **Living Wage:** Pay living wages according to Fairfax city basic living wage
   - **Health Insurance:** Provide affordable health insurance for dining workers
   - **Right to Organize:** Respect workers' rights to legally organize

   We urge the Mason administration to make our dining service in-house. Alternatively, the Mason administration can send out a Request for Proposal (RFP) in which they can include the above demands as a requirement for food services to abide by.
3. **George Mason University must make decision about its contractors democratic and transparent.** Both students and workers should be involved in deciding which food service contractor our university chooses and what should be included in the contract. The decision-making process should be open to all of the Mason community.

We hope that administrators will be fair and listen to what its students have to say. Students will not stand aside idly while our workers are in need.

With much due respect,
GMU Students for Workers Rights and other interested students
gmuworkers@gmail.com

# EXHIBIT 39

**GMU Students for Workers Rights**
*Workers Rights are Human Rights*

## 'Reverse Trick-or-Treating' Spreads Awareness About Cafeteria Working Conditions

Posted on November 2, 2010 by jasonvk

On Halloween, students at George Mason University knocked on people's doors not for candy, but instead to bring attention to the injustices on campus under Sodexo, a Fortune 500 corporation. We divided into several groups in order to talk to the neighbors of GMU President Alan Merten, who refuses to take action concerning the human and workers' rights violations at Mason. Students handed out hundreds of flyers in the neighborhoods surrounding the GMU presidential estate.

We talked to mostly empathetic neighbors about what is happening on our campus. Despite their hard work and dedication, our workers are making poverty wages. Additionally, many workers cannot afford Sodexo's expensive health insurance options. Several workers were recently injured on the job because Sodexo has cut corners with inadequate equipment and safety trainings. Cristela Moreno, who has worked at GMU for 21 years, severely cut her finger in April. In a statement she said "for that type of machinery, one has to use two gloves. But we were only provided with one glove. We asked for another glove, but were told that we had to pay $25 for it." With all this injustice, President Merten continues to support these unfair practices through the contract between GMU and Sodexo.

Beginning in the spring, workers and students are working together to improve the working conditions in our cafeterias. In April, a delegation of students, union members, and GMU workers met with the GMU Sodexo Regional Manager who refused to accept the worker's petition. The delegation was soon followed by a one day strike of over 70 Sodexo workers. In September, thirty students and workers delivered a letter of demands to President Merten's office. Also in September, more than 100 Sodexo workers held a two day strike closing a number of dining locations on campus.

I still have hope that President Merten and my administration will do the right thing for our campus and our workers. Mason can do better than contracting out to Sodexo. I was happy to spend my Halloween to bring more attention to the issue as we continue to fight for change.

After several hours of talking with President Merten's neighbors, we gathered together to hand out one more flyer at President Merten's house. We were politely greeted by Merten's wife, and we asked her if we could speak to our school president, who soon came to the door. We talked briefly to him about the issue and why we had chosen to spend our night going from door to door. Yet President Merten was not empathetic to the issue. Before long, he shut the door on us and called the GMU police. The police gave us a warning for trespassing.

President Merten has continued to ignore the voices of many concerned, tuition-paying students. He has refused to read our letters or respond to our emails. As students that pay for his more than $500,000 yearly salary, we believe that this is undemocratic and unfair to students. We hope that Merten can do the right thing and stand up against Sodexo, for workers and for students.

Posted in Uncategorized | Leave a comment

# EXHIBIT 40



**32BJ**

**SEIU**

*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Westchester Office:**
140 Huguenot Street
New Rochelle, NY 10801
914.637.7000

**Connecticut Offices:**
196 Trumbull Street, Suite 400
Hartford, CT 06103
860.560.8674
1.800.228.5243

**Philadelphia Office:**
42 South 15th Street,
Suite 200
Philadelphia, PA 19102
215.226.3600

**New Jersey Office:**
560 Broad Street, 4th Fl.
Newark, NJ 07102
973.824.3280
1.866.5JANITOR

**Washington Office:**
910 17th Street, N.W.
Suite 210
Washington, D.C. 20006
202.789.8282

Ms. JoAnn DiGennaro, Member
Governor's Commission on Higher Education Reform, Innovation and
Investment
8201 Greensboro Drive
Suite 215
McLean, VA 22102

December 14, 2010

To Ms. JoAnn DiGennaro:

As a member of the Governor's Commission on Higher *Education Reform,
Innovation and Investment* which as one of its principle duties is entrusted with
ensuring cost containment I wanted to share with you some issues with a current
contractor employed by Public Institutions of Virginia, Sodexo.

Using documents obtained through Virginia's Freedom of Information Act,
leading food service consulting firm Clarion Group reviewed contracts and
other documents between George Mason University (GMU) and Sodexo—the
private company that manages the university's dining facilities. The Clarion
Group found evidence that Sodexo may be overstating its costs to the school by
hundreds of thousands of dollars a year. The review also discovered that the
proposal process may have unfairly favored Sodexo, raising the possibility that
GMU missed the opportunity to secure a more advantageous contract with
another company.

In this time of economic hardship, we know how important it is to ensure public
funds are being used effectively. As you play a critical role in protecting public
funds, we have attached the analysis of Clarion Group President Tom Mac
Dermott. Mr. Mac Dermott has reviewed more than one-hundred contracts
between food service contractors and universities, K-12 schools, and
government agencies. His clients include Brandeis University, the City
University of New York, the U.S. Department of Agriculture, and the
International Monetary Fund.

The review was commissioned by 32BJ of the Service Employees International
Union. In addition, if you have any questions about the study, Mr. Mac Dermott
is available to speak with you in more detail. He can be reached through Gabriel
Thompson of 32BJ SEIU at 212.388.3763.

Sincerely,

Jaime Contreras
Capital Area District Director
32BJ SEIU

From: Tom T. W. Mac Dermott, FCSI, Clarion Group

Re: Review of Sodexo Contract with George Mason University

I reviewed the following documents obtained through a public information request by 32BJ of the Service Employees International Union from George Mason University (GMU):

- Request for Proposals (RFP) issued on May 12, 2004 for the management of the university's dining services by a food service management company.
- Contract between GMU and Sodexo America LLC dated September 14, 2004 for the operation of GMU's campus dining services.
- Sodexo operating statement for FY2010 (the 12-month period ending July 2, 2010), which also showed the financial results of FY2009.

An analysis of these documents reveals two key findings:

- Sodexo may be overstating its insurance and benefit costs to GMU. The Clarion Group estimates that this potential overstatement was about $320,000 in FY2010 and $300,000 in FY2009. Assuming we are correct, GMU could have recovered some or all of this money.
- It appears that the proposal process that awarded the contract to Sodexo favored the incumbent contractor, Sodexo. By failing to grant competitors sufficient time to prepare a bid, GMU potentially missed an opportunity to negotiate a more advantageous contract with another food service company.

Detailed information about each of these findings is included below.

## Sodexo May Be Overstating Costs to GMU

The operating statement for the period ended July 2, 2010 provides financial results for the full 2010 and 2009 fiscal years.  For FY 2010, it shows $20,276,000 in direct sales and an additional $495,000 in sales that apparently are rent or commissions paid by be sub-tenants of Sodexo. The percentages of sales reported for expenses in the summary of the financial statements shown on the following page are based on the direct sales figure only. Rent and commissions are shown separately, as a reduction of total costs/contribution to profit.

As can be seen in the table on the following page, the statement shows a net profit of $256,900, (1.2% of sales) in FY 2010 and an operating loss of $713,176 (3.7%) in FY 2009.

### Summary of Financial Results, FYs 2010 and 2009

| | 2010 | % | 2009 | % | % Variance 2010 vs. 2009 |
|---|---|---|---|---|---|
| Declining Bal. Board | 1,998,495 | 9.7% | 5,654,064 | 29.3% | -64.2% |
| Mandatory Board | 5,341,352 | 26.0% | 1,178,042 | 6.1% | 353.4% |
| Damon's Sales | 0 | 0.0% | 716,509 | 3.7% | N/a |
| Voluntary Board | 344,825 | 1.7% | 296,251 | 1.5% | 16.4% |
| Catering Sales | 2,125,663 | 10.3% | 2,334,864 | 12.1% | -9.0% |
| Retail Sales | 10,765,413 | 52.3% | 9,114,787 | 47.3% | 18.1% |
| | | | | | |
| **Total Sales** | **20,575,748** | **100.0%** | **19,294,609** | **100.0%** | **6.6%** |
| Food Cost | 6,577,966 | 32.0% | 6,932,251 | 35.9% | *-10.9% |
| Labor Cost | 7,884,042 | 38.3% | 7,917,723 | 41.0% | -0.4% |
| Controllable Costs | 1,508,178 | 7.3% | 1,361,334 | 7.1% | 10.8% |
| Non-Controllable Costs** | 513,115 | 2.5% | 482,837 | 2.5% | 6.3% |
| Amort., Renovation | 1,478,985 | 7.2% | 1,192,351 | 6.2% | 24.0% |
| | | | | | |
| **Total Direct Costs** | **17,962,286** | **87.3%** | **17,886,496** | **92.7%** | **0.4%** |
| Operating Profit/(Loss) | 2,613,462 | 12.7% | 1,408,113 | 7.3% | 85.6% |
| Rent, Commissions | 494,321 | 2.4% | 384,285 | 2.0% | 28.6% |
| Return to GMU | -2,400,000 | -11.7% | -2,200,000 | 11.4% | 9.1% |
| Sodexo Fee | -395,000 | -1.9% | -385,000 | 2.0% | 2.6% |
| Sodexo share of P/(L) ‡ | -10,814 | >0.1% | 79,426 | -0.4% | n/a |
| **Net Profit/(Loss)** | **301,969** | **1.5%** | **(713,176)** | **-3.7%** | **n/a** |

Based on a previous audit of a major food service contractor's insurance schedule, it can be estimated that Sodexo's liability insurance rate is 0.5% of sales. Based on actual rates determined from audits of food service contractors' costs, we estimate that the actual employee taxes, workers compensation insurance, and employee benefits cost is no more than 25% of payroll. (Sodexo's rate at GMU is probably lower, because student and other part-time employees are not eligible for benefits).

Using these figures based on previous audits, it appears that Sodexo is significantly overstating its costs. In FY 2010 it is estimated that Sodexo overstated its costs by $324,000; in FY2009 the overcharge estimate is $300,000.

### Sodexo's Charges vs. Estimated Actual Costs:

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | $ | % of Payroll | $ | % of Payroll |
| Sodexo's Charge for Fringe Benefits | 1,684,320 | 28.6% | 1,664,628 | 28.0% |
| Liability Insurance @ 1.1% of Sales | 216,595 | | 215,475 | |
| | | | | |
| **Total Charge to Operation** | **$1,900,915** | | **$1,880,103** | |
| Estimated Cost of Fringe Benefits | -1,473,800 | 25.0% | -1,485,800 | 25.0% |
| Estimated cost of Liability Ins 0.5% of Sales | -102,900 | | -96,500 | |
| | | | | |
| **Estimated Excess Charge** | **$324,000** | | **$297,80** | |

## GMU's Proposal Process Likely Favored Sodexo

GMU issued a Request for Proposals (RFP) for the management of its dining services on March 12, 2004, with a deadline for submission of proposals on April 9, four weeks later. A mandatory pre-proposal conference was scheduled for March 22, three weeks before the date for submission of proposals. Proposers could conduct site surveys by appointment after the March 22 conference. The University could request oral presentations from proposers on April 15, five working days after proposal were submitted.

George Mason University's dining service is an enterprise including 27 concepts or separate dining units on the main campus at Fairfax, VA and smaller operations at the University's Prince William and Arlington campuses. Considering the size of the dining service operation and scope of services required over three campuses, three weeks from pre-proposal conference to proposal submission is restrictive to non-incumbent proposers and advantages the incumbent, Sodexo. Five working days to evaluate the large and complex proposals required for a project of this size and scope (typically, 100 to 200 pages) is far less than the time actually needed if the proposals were to be evaluated fairly and accurately by a multi-person evaluation committee.

RFP addenda provided substantial information, including apparently complete staff schedules, but minimal data regarding sales or patronage. Non-incumbent proposers would have to guess at these numbers, based on what they could learn during the pre-proposal conference and their site surveys. This omission made it likely that proposers' sales estimates would be inaccurate compared to those of the incumbent, Sodexo.

By failing to provide more time and information for non-incumbent companies, GMU potentially missed an opportunity to negotiate a more advantageous contract.

I hope that you find this information helpful.

# Partial List of Clarion Group Clients

## Education
Brandeis University, Waltham, MA
Brooks School, North Andover, MA
Bryant University, Smithfield, RI
City University of New York, New York City
Graduate School and University Center
Hunter College
Queens College
Fairfield University, Fairfield, CT
Georgia Perimeter College, Clarkstown, GA
Iona College, New Rochelle, NY
Hudson Valley Community College, Troy, NY
Mott Community College, Flint, MI
New York Institute of Technology, Old Westbury, NY and New York City
Phillips Exeter Academy, Exeter, NH
Rhode Island College, Providence, RI
Rhode Island School of Design, Providence, RI
St. Andrew's School, Middletown, DE
Saint Anselm College, Manchester, NH
Salem State College, Salem, MA
Wentworth Institute of Technology, Boston, MA
Wheelock College, Boston, MA

## Government and International
Federal Reserve Board, Washington, DC
Inter-American Development Bank, Washington, DC
International Monetary Fund, Washington, DC
U.S. Department of Agriculture, Washington, DC
U.S. Naval War College, Newport, RI

## Corporations and International Institutions
Brown Brothers Harriman & Company, New York City
Corning, Inc., Corning, NY
Dow Corning Corporation, Midland, MI
Estée Lauder Companies, New York City
Gannett Company/USA Today, McLean, VA
General Electric Company, GE Plastics Division, Pittsfield, MA
Hobbs Brook Management, LLC,
Waltham, MA and Park Ridge, IL
The Jackson Laboratory, Bar Harbor, ME

Jefferies & Company, New York City
Moody's Investors Service, New York City
Panasonic Corporation, North American Division, Secaucus, NJ
Prudential Financial, Newark, NJ
Science Applications International Corp., McLean, VA
Telcordia Technologies, Piscataway, NJ
USAA Real Estate Company, San Antonio, TX
Vision Service Plan, Rancho Cordova, CA

## Professional Firms

Fried, Frank, Harris, Shriver & Jacobson, LLP, New York City
LeBoeuf, Lamb, Greene & McRae (now Dewey & LeBoeuf, LLP), New York City
Ropes & Gray, LLP, Boston, MA
Shearman & Sterling LLP, New York City
Skadden, Arps, Slate, Meagher & Flom LLP,
New York City, Washington, DC, Los Angeles, CA and Chicago, IL
Wilson Sonsini Goodrich & Rosati PC, Palo Alto, CA

# EXHIBIT 41

http://www2.timesdispatch.com/news/2010/dec/25/TDMET04-union-says-dining-hall-contractor-
overchar-ar-735641/

# Richmond
# Times-Dispatch

Published: December 25, 2010

Home / news /

# Union says dining-hall contractor overcharged GMU

## By Karin Kapsidelis

A union attempting to organize workers at George Mason University's dining halls commissioned a study that says food-services contractor Sodexo Inc. may have overcharged the school by $620,000.

The Service Employees International Union said Sodexo appears to have inflated significantly its costs for employee benefits and liability insurance during the past two years.

The alleged overcharges — about $320,000 in fiscal 2010 and $300,000 in fiscal 2009 — amount to a hidden profit and money GMU could use to educate students, said Matt Painter, an SEIU spokesman.

He said the report by Clarion Group, a food-services consulting firm, will be sent to GMU's board of visitors.

"It's not a good contract," said Tom Mac Dermott, president of Clarion. The contract requires GMU to assume the financial risk, which is unusual for a large university, he said.

Sodexo spokesman Alfred King dismissed the findings as part of the union's "overall smear campaign against the company." He said SEIU has not been able to gain traction in its campaign to win union representation and is using "paid surrogates to try to damage Sodexo's reputation."

GMU spokesman Dan Walsch said he could not comment until the school has reviewed the report.

In July, New York Attorney General Andrew M. Cuomo announced a $20 million settlement with Sodexo for overcharging 21 school districts and the State University of New York system in a case that involved rebates from suppliers that were not passed on to schools.

Painter said the union was not involved in that case, but it did commission a Clarion report of Sodexo operations of New Jersey schools.

SEIU also organized strikes by GMU dining-hall employees in April and September to protest low

wages and working conditions, and it has criticized Sodexo's use of inmates from a Fairfax County sheriff's work-release program.

Using Virginia's Freedom of Information Act, SEIU obtained Sodexo's contract, summary of operating expenses for the past two years, and GMU's request for proposals for the contract.

Sodexo has 6,000 food-service clients. It has a 10-year contract signed in 2004 to run GMU's 27 dining facilities on the main campus as well as smaller operations on the campuses in Prince William and Arlington counties.

King said Sodexo has served GMU since 1984 and has 510 employees there. Sodexo meets monthly with GMU officials to review its performance, he said. They have "the right to audit our financial reporting records at any time," he said.

Mac Dermott said he recommends that GMU do that. GMU should conduct a full audit, he said, because the school's losses could be as high as $2.1 million over two years if overcharges resulting from rebates are included. The contract guarantees the university will pay Sodexo for losses after expenses, he said.

kkapsidelis@timesdispatch.com

(804) 649-6119

the Richmond Times-Dispatch © Copyright 2011 Media General Communications Holdings, LLC. A Media General company.

# EXHIBIT 42

Kick Out Sodexo! » United Students Against Sweatshops

# Kick Out Sodexo!   United Students Against Sweatshops

Search    🔍

Home    Who We Are    Why Kick Out Sodexo?    What We Want    How to Kick Out Sodexo    Learn about Your School's Contract

## How to Kick Out Sodexo

Here's a step-by-step guide to kicking out Sodexo at your school!

**1. Get connected.** E-mail kickoutsodexo@usas.org to get connected with the national network of students kicking out Sodexo in solidarity with workers.

**2. Deliver a letter to your school's President or Chancellor.** If you want your school to take meaningful action, you need to make sure the top decision-maker knows what you're asking them to do as soon as possible. Download a sample letter to your President or Chancellor. In the letter, you'll call on the university to:

- **Kick out Sodexo** by immediately sending the company "notice of termination". Virtually every university food service contract includes a clause that says the university can terminate the contract for any reason ("without cause") as long as they give the company notice a certain number of days before the termination is effective, usually 30 to 120 days. If a university official claims this isn't true for your school, tell them to prove it and show you the contract! They're most likely lying.

- **Require the new contractor to respect worker rights** by inserting basic labor standards into the new contract, and making those requirements clear to any company bidding on the contract (Download the Labor Standards for Food Service Contracts). These standards include re-hiring all the campus workers currently employed by Sodexo, paying wages at least high enough to feed a family, offering affordable health insurance, and respecting the freedom to form unions.

- **Audit Sodexo** to find out whether Sodexo is stealing money from the university and artificially raising meal plan costs. (Sodexo had to pay $20 million to settle charges in New York that it illegally hid "rebates" — secret discounts from its suppliers — from its clients like the State University of New York!) This is a simple matter of enforcing the contract already in place.

**3. Take action!** We've learned that usually our universities ignore what students want until we step up the heat. Students have done everything from writing editorials for their school papers to engaging in civil disobedience to kick out Sodexo. Want ideas? E-mail kickoutsodexo@usas.org and talk with students about what we've tried, what works, what doesn't, and bring your ideas to the rest of us!

  » Sample petition

[ Share / Save 🖺 📧 📑 ... ]



### Kick Out Sodexo!
Kick Out Sodexo is a national student campaign organized by United Students Against Sweatshops.

**Find us on Facebook**

**Kick Out Sodexo**
Like

**Kick Out Sodexo** Call President Shepard of Western Washington University, 360-650-3480, and urge him to require WWU's next food service provider to respect workers' rights. The school has totally ignored input from students concerned about worker rights, and plans to send out a Request For Proposals to food service providers tomorrow ...
See More
November 4 at 11:06am

**Kick Out Sodexo** Do you want your school doing business with a compan that looks at for-profit prisons and sees dollar signs? "Sodexo currently operates four prisons in the UK and runs justice services at over 110 prisons across the world. It has identified the sector as

260 people like Kick Out Sodexo

Tanya    Kim    Dan    Keefer

Michelle    Christine    Veb    Rio
Facebook social plugin

**Recent Posts**

▸ George Mason Students Trick or Treat at Merten's House for Workers' Rights

▸ Georgia State's President refuses to meet with students! Call today

▸ 14 Student Organizations Urge Leading University Presidents to Stop Poverty and Intimidation for Campus Workers

▸ Attorneys Accuse Tulane of Violating Free Speech for Crackdown on Student Activists

▸ Emory Workers and Students Speak Out (Video)

**Resources**

▸ How to Kick Out Sodexo

# EXHIBIT 43

# *Kick Out Sodexo!*

**USAS: Organizing for Student and Worker Power**
organize@usas.org | http://usas.org

## Sample Letter to your University President or Chancellor

[Today's Date]

Dear [President or Chancellor],

We write to express our deep concern about the corporate misbehavior of [the University's] contractor for dining services [, stadium concessions and/or janitorial services], Sodexo, and strongly urge you to end the university's relationship with this company and hold the next contractor accountable to a higher ethical standard.  Throughout last school year, students across the country called on universities to use their power to compel Sodexo to change its behavior, but the situation has only worsened, both on our campus and beyond.

As the university is a major client of Sodexo, you are no doubt aware that the company is currently embroiled in an international controversy over its flagrant violations of worker rights and its illegal withholding of tens of millions of dollars from many of its client public institutions.

Sodexo's disregard for its own employees is shocking. In the last ten years, government agencies like OSHA fined Sodexo over $200,000 in at least 160 violations of the nation's health and safety laws. The corporation was recently forced to pay $80 million to thousands of its African-American employees to settle a class action lawsuit charging Sodexo with racial segregation and racial bias in promotions.

Sodexo is currently being investigated by the federal government in at least ten separate cases that charge the company with illegal interrogation, coercion and intimidation of workers speaking out against dismal working conditions at Sodexo facilities across the United States. Many Sodexo workers struggle to survive on incomes that fall far below the Federal Poverty Threshold. Conditions have become so unbearable for Sodexo employees, not only in the US but all around the world, that workers have taken the extraordinary step of filing a complaint with the OECD, charging Sodexo with breaches of the international rules for Multinational Enterprises.

Not only does Sodexo's pursuit of profit at any cost hurt workers, it also means a raw deal for client universities and their students. A New York State investigation confirmed that Sodexo was

illegally shortchanging public institutions, resulting in Sodexo paying out a $20 million settlement. Attorney General Cuomo found that Sodexo "cut sweetheart deals with suppliers and then denied taxpayer-supported schools the benefits ... in violation of the contracts, as well as state and federal laws." The investigation revealed that it is common practice nationally for Sodexo to seek out these supplier discounts, called "rebates," rather than finding the best deal for its clients. This means inflated meal plan costs for students and, when Sodexo fails to properly report and return the rebates, can mean violations of its contracts with public institutions. Students across the country are calling on their universities to investigate how their institutions are affected by this widespread dishonest practice.

Given what we know about Sodexo's business practices, continuing to do business with the company would pose risks to our university's reputation and would mean hidden costs to students and workers. We cannot continue to allow this company to make millions in our name and on our campus.

Therefore, we call on the university to *immediately*:
- **Kick out Sodexo.** The university must give Sodexo notice that we are terminating our contract with the company.
- **Contractually require the new contractor to respect basic worker rights.** Insert the attached "Labor Standards for Food Service Contracts" into the Request For Proposals, making clear that the university will include the same language in its contract with the new food service contractor. These standards include rehiring all current campus workers employed by Sodexo, paying living wages, offering affordable health insurance and respecting the freedom to form unions.
- **Conduct an audit.** Enforce the contract by performing a full audit of Sodexo's financial records from [the beginning of the current contract to present] to determine whether Sodexo has met its contractual requirement to fully return all rebates received from vendors for goods purchased for [the university's] dining service account, and publicly release preliminary findings by October 1, 2010.

As this situation requires urgent attention, please reply, detailing the university's plans to take the three steps outlined above [within a week from today's date]. We can be reached at [email address].

Sincerely,

[Names and signatures]
[Name of USAS affiliate group]

- - - - - - - - - -

# EXHIBIT 44

**Kick Out Sodexo!**  United Students Against Sweatshops          Search

Home    Who We Are    Why Kick Out Sodexo?    What We Want    How to Kick Out Sodexo    Learn about Your School's Contract

**Kick Out Sodexo!**

Kick Out Sodexo is a national student campaign organized by United Students Against Sweatshops.

OCT
**21**

## 14 Student Organizations Urge Leading University Presidents to Stop Poverty and Intimidation for Campus Workers

Share    22



Today, students are hand delivering the following letter to a group of university presidents who are choosing to "allow campus workers to live in the shadows of poverty and intimidation," instead of heeding students' calls to kick out Sodexo and begin requiring food service contractors respect basic labor standards.

Want to join the campaign or add your group's name to the letter?  Contact kickoutsodexo@usas.org

**USAS | United Students Against Sweatshops**

1150 17th St. NW Suite 300, Washington DC 20036; organize@usas.org; www.usas.org

October 21, 2010

Dear University Presidents Gordon Gee, James Wagner, Scott Cowen, Alan Merten, Bruce Shepard, and George Peterson,

We write to you not only as students on your campus, but as students at colleges and universities across the country. At all of our schools, more and more students are joining with us to support the fair treatment of campus workers. We are especially alarmed by the hardships faced by workers in campus cafeterias, stadiums and elsewhere who are employed by the food service outsourcing giant, Sodexo.

Workers who have served your campuses for decades are still being paid poverty wages, can be fired suddenly for no reason at all, can't afford health insurance, and face intimidation and harassment when they speak up about these problems. We find this to be unacceptable, and we know our universities can do better. Universities are leaders and role models for our communities in so many ways. Let us bring that standard of excellence to the working conditions on campus.

The only way to ensure fair treatment for campus workers is for you to require all campus contractors to respect basic worker rights, including living wages, job security, affordable health insurance, and freedom to form unions without intimidation.  Students have presented specific labor standards that can be placed into contracts with companies like Sodexo to ensure the fair treatment of all campus workers whether subcontracted or contracted directly.  Any outside company who will not agree to these labor standards does not belong at our prestigious universities.

This is not the beginning of the discussion.  For over a year, campus-based student organizations, working together nationally through United Students Against Sweatshops, have worked hard to address these issues together with our administration through all available channels. Unfortunately, students have largely been met with excuses and a disappointing lack of meaningful action.

All of us around the country will be watching eagerly as you make your decision about whether your university will be a leader on ensuring fair treatment for campus workers, or whether it will continue to allow campus workers to live in the shadows of poverty and intimidation.  We respectfully request you take the steps outlined above and meet personally before the end of this month with the students leading the efforts for workers' rights on your campus. We believe that together we can improve our universities and our communities. Thank you.

Sincerely,



**Find us on Facebook**

**Kick Out Sodexo**

Like

**Kick Out Sodexo**

**SLAP to Wise: Give Sodexo the boot - The Daily of the University of Washington**
dailyuw.com
Members of the UW Student Labor Action Project (SLAP), fresh off of helping a national campaign to pressure Nike into compensating Honduran factory

**261 people like Kick Out Sodexo**

No      Khayyam     Dan      Genevieve

Jacqueline   Tanya    Christine
Facebook social plugin

**Recent Posts**

- National week of student activism highlights Sodexo's abuses
- George Mason Students Trick or Treat at Merten's House for Workers' Rights
- Georgia State's President refuses to meet with students! Call today
- 14 Student Organizations Urge Leading University Presidents to Stop Poverty and Intimidation for Campus Workers
- Attorneys Accuse Tulane of Violating Free Speech for Crackdown on Student Activists

**Resources**

- How to Kick Out Sodexo

Ohio State University United Students Against Sweatshops
Emory University Students and Workers in Solidarity
Tulane University Peace Action Committee
George Mason University Students for Workers' Rights
Georgia Institute of Technology Worker Student Alliance
Western Washington University United Students Against Sweatshops
University of Washington Student Labor Action Project
Ithaca College Labor Initiative in Promoting Solidarity
Northeastern University Progressive Student Alliance
College of William & Mary Living Wage Coalition
University of Maryland Feminism Without Borders
University of Chicago Students Organizing United with Labor
Cornell Organization for Labor Action
Rutgers University United Students Against Sweatshops

🔊 Share / Save ⊞ 🗗 🖸 ⬍

Tags: alan merten, bruce shepard, bud peterson, emory university, george mason
university, georgia institute of technology, gordon gee, jim wagner, ohio state university,
scott cowen, tulane university, western washington university

Posted in  Uncategorized

   No Comments Yet Posted by USAS-National

---

### Leave a Comment

[                    ] Name (required)

[                    ] Email (will not be published) (required)

[                    ] Website URL

[                                                                    ]
[                                                                    ]
[                                                                    ]

**barand** **the**

Type the two words:   🔁
                      ◀●

[                    ]

[ SUBMIT COMMENT ]

☑ Notify me of followup comments via e-mail

---

**Deliver a letter to your university president**

▶ Write an opinion piece to your school newspaper

▶ Hand out flyers to educate students

▶ What We Want

▶ Who We Are
   ▶ Sign Up for E-mail News and Updates

▶ Why Kick Out Sodexo?

▶ Learn about Your School's Contract
   ▶ Sample FOIA Request Letter

   ▶ Busting the Myths about Sodexo's Contracts

   ▶ Case Study on Western Washington University

▶ Database: University Contracts with Sodexo

---

**Local Student Organizations**

- Clark Unite! (Clark University)
- George Mason University Students for Workers' Rights
- Loyola Unite! (Loyola University New Orleans)
- Students and Workers in Solidarity (Emory University)
- Tulane University Peace Action Committee
- United Students Against Sweatshops (Ohio State University)

**Hot Topics**

alan merten andrew
cuomo atlanta black student alliance
bruce shepard bud peterson divestment
emory
university emory wheel
free speech george
mason
university georgia institute
of technology georgia state university

**Archives**

- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- August 2001

# EXHIBIT 45

**CLEAN UP SODE O**

Email Address

Zip Code                         SIGN UP

BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA

WORKERS   HIGHER ED   PARENTS   EDUCATORS                                            EN FRANÇAIS

## Student Groups Across the Country Urge University Presidents to Stop Poverty and Intimidation of Sodexo Workers on Campus

Ashley Wood   3:46 PM - October 29, 2010 | 0 Comments

Recently, members of 14 different student groups hand delivered a letter to a group of university presidents who they say are choosing to "allow campus workers to live in the shadows of poverty and intimidation." The workers at these universities are employed by Sodexo, and have been organizing to improve their own jobs and the working conditions within the company.

In the letter, the students say they are alarmed by the hardships faced by Sodexo workers in cafeterias, stadiums and other facilities, who are paid poverty wages, have no job security, cannot afford health insurance and face intimidation when they speak up about their problems. "We find this to be unacceptable, and we know our universities can do better," the letter reads. "Universities are leaders and role models for our communities in so many ways. Let us bring that standard of excellence to the working conditions on campus."

Students at these universities have called on their university administrations to "kick out Sodexo" by ending their contract with the food services company. They also have called on administrations to begin requiring food service contractors respect basic worker rights, pointing out that some student groups have presented labor standards to their school administrations that would ensure fair treatment of workers in future contracts.

> "This is not the beginning of the discussion. For over a year, campus-based student organizations, working together nationally through United Students Against Sweatshops, have worked hard to address these issues together with our administration through all available channels. Unfortunately, students have largely been met with excuses and a disappointing lack of meaningful action.
> "All of us around the country will be watching eagerly as you make your decision about whether your university will be a leader on ensuring fair treatment for campus workers, or whether it will continue to allow campus workers to live in the shadows of poverty and intimidation. We respectfully request you take the steps outlined above and meet personally before the end of this month with the students leading the efforts for workers' rights on your campus. We believe that together we can improve our universities and our communities."

The letter was delivered to university presidents Gordon Gee (Ohio State University), James Wagner (Emory University), Scott Cowen (Tulane University), Alan Merten (George Mason University), Bruce Shepard (Western Washington University) and George Peterson (George Institute of Technology).

The letter was signed by the following student groups:
Ohio State University United Students Against Sweatshops
Emory University Students and Workers in Solidarity
Tulane University Peace Action Committee
George Mason University Students for Workers' Rights
Georgia Institute of Technology Worker Student Alliance
Western Washington University United Students Against Sweatshops

### TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

### FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

### SEARCH

[                    ]  Search

Case 1:11-cv-00276-CMH -IDD   Document 1-12   Filed 03/17/11   Page 31 of 81

Student Groups Across the Country Urge University Presidents to Stop...

2 of 2

University of Washington Student Labor Action Project
Ithaca College Labor Initiative in Promoting Solidarity
Northeastern University Progressive Student Alliance
College of William & Mary Living Wage Coalition
University of Maryland Feminism Without Borders
University of Chicago Students Organizing United with Labor
Cornell Organization for Labor Action
Rutgers University United Students Against Sweatshops

You can read the full letter here.

ShareThis

Categories: Blog, Higher Education | Tags: Chicago, Clean Up Sodexo, cleanupsodexo, College of William & Mary, Cornell, Cornell University, Emory, Emory University, George Mason, George Mason University, Georgia Institute of Technology, Georgia Tech, GMU, GT, Ithaca, Ithaca College, Maryland, Northeastern, Northeastern University, Ohio State University, OSU, Rutger, Rutgers University, Sodexo, Tulane, Tulane University, UChicago, United Students Against Sweatshops, University of Chicago, University of Maryland, University of Washington, university presidents, USAS, Washington, Western Washington, Western Washington University, William and Mary

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

Community Guidelines

PREVIEW     SUBMIT

**Issues**
Blog
About Us
Poor Management
Quality of Service
Misplaced Priorities
Anti-Worker Record
Media

**Site Resources**
RSS Feeds
Privacy Policy

**Partner Sites**
SEIU
Campaign for Quality
Services

**Social Networks**
YouTube
Twitter
Facebook

CLEAN UP SODEXO
SEIU (WWW.SEIU.ORG) 1800 MASSACHUSETTS AVE NW, WASHINGTON, DC
NATIONAL CAPITAL AREA: 202-730-7000; TOLL-FREE: 800-424-8592
© 2009 SEIU - SERVICE EMPLOYEES INTERNATIONAL UNION, CTW, CLC

# EXHIBIT 46



Email Address

Zip Code                                    SIGN UP

BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA

WORKERS   HIGHER ED   PARENTS   EDUCATORS                                                        EN FRANÇAIS

## Massachusetts Sodexo Workers Continue Fight at Clark U, Expand Actions to Merrimack College

Chris Schwartz  12:39 PM - April 23, 2010 | 0 Comments

*Clark University*



Following up on the impressive march and resulting arrests at Clark University, a crowd of people including students, workers, members of local 615, and community and labor supporters came out again on Saturday to support Sodexo workers at Clark on the last day of Parents Week. The march around campus culminated with a rally in front of the campus square while parents and newly admitted students looked on.

SEIU Local 615 president, Rocio Saenz opened the rally by commending the dedication of Sodexo workers, "Today and every single day this week workers like you had the courage to stand up, come together and say that we want a voice, we want justice and we are going to win together."

Trevor Delapara and Judy Mata, Sodexo foodservice workers at Clark, attended the rally and Trevor spoke to the group. Joining the Clark workers in solidarity were other members of Local 615 who live in the area and work for janitorial companies.

State Representative Jim O'Day spoke to the crowd, "I'm standing here under the welcoming banner to Clark that says 'Challenge Convention.' The conventional wisdom of Sodexo is to use fear and intimidation. We aren't going to let that occur at Clark University or anywhere else in the world for that matter."

Doug Belanger, Organizing Director of UFCW Local 1445 and a Leicester selectman, voiced his members' support for Sodexo workers trying to form a union, and asked for their support for the more than 300 members of UFCW Local 791 who have now been on strike for over a month at the Shaw's Distribution Center in Methuen, Massachusetts. Finally Elora Way, a member of Clark Unite!, reiterated her commitment to support the workers in their struggle, "We will be here as long as the workers need us and we will hold everyone here at this school accountable to what they promise to do."

The excited crowd overcame the grey drizzle to get their message out to the campus community with bilingual chants and signs calling on Sodexo to clean up its act.

One concern facing pro-union Sodexo workers at Clark has been whether or not Sodexo would retaliate against these workers by simply not rehiring them in the fall. Clark Unite announced at the April 15 rally that it had won a commitment from the university

TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

SEARCH

[                    ]  Search

that next week, Sodexo will notify its employees that all employees who are scheduled and working during the Spring 2010 semester, through May 23rd, will be rehired for the Fall 2010 semester. Now workers know that they will get their jobs back.

Also, starting today, Sodexo will be distributing to its employees copies of Clark President John Bassett's statement to the Clark University Community dated April 6, 2010. This memo states that "no workers on the University campus will be subjected to harassment because of their membership or non-membership in a labor union or their activity in support of or derogation of union representation."

The fight is far from over. There are no guarantees that workers won't face hours being cut, intimidation, or other reprisals. The campaign hopes to persuade Clark University to adopt a binding Labor Code of Conduct, so that workers still have protection after they are re-hired in the fall.

***Merrimack College***



The Boston Marathon and Patriots' Day, held on April 19 this year, both celebrate strength, courage, and endurance. So it was fitting that another event showcasing these qualities took place on the same day at Merrimack College in Massachusetts. On the morning of April 19, a group of about 20 supporters rallied at the entrance to campus where they were soon joined by Sodexo cafeteria workers who came out to rally during their break. The crowd grew as they were joined by another group that marched across campus - right by the President's office.

Despite the presence of the local police watching their every move, the workers stood their ground. At one point, Juan Salazar - a worker who traveled along with a delegation of other Sodexo workers from around the country to the company's shareholder meeting in France in January - led the crowd chanting, "What's disgusting? Union-busting! What's outrageous? Sodexo's wages!" and "No justice, No pizza!" The foodservice workers were supported in their action by the janitorial workers at Merrimack, who are already members of Local 615.

Sodexo workers at Merrimack - who make as little as $8.27 per hour - have spoken out about management intimidation and favoritism towards English-speaking workers as they've tried to form a union with SEIU Local 615 - a situation particularly at odds with the stated social justice values of the college's Catholic, Augustinian tradition.

ShareThis          Categories: Blog | Tags: clark unite, clark unite!, clark university, clean up
                   sodexo, cleanupsodexo, merrimack college, sodexho, sodexo

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

# EXHIBIT 47

## CLEAN UP SODE O

Email Address

Zip Code

**SIGN UP**

BLOG    ABOUT US    POOR MANAGEMENT    QUALITY OF SERVICE    MISPLACED PRIORITIES    ANTI-WORKER RECORD    MEDIA

WORKERS    HIGHER ED    PARENTS    EDUCATORS

EN FRANÇAIS

# Sodexo Strikes Spread To Two Universities in New Orleans

Tanya Aquino and Chris Schwartz  11:18 AM - April 23, 2010 | 0 Comments

Friday in New Orleans, about 61 workers at Tulane and Loyola universities walked off the job, a clear sign that last week's wave of national protests against Sodexo's intimidation of workers is not stopping any time soon.

The one-day work stoppage is in protest of Sodexo's attack on workers' right to raise their families out of poverty by forming a union.

Striking workers and their supporters marched through both campuses throughout the morning and afternoon. Around lunchtime, the group took over the dining areas in the Loyola student center and continued the rally there for half an hour, releasing balloons and speaking with several prospective students and their parents about the conditions faced by Sodexo workers at the schools. More workers had started joining the strike as they reported for the second shift, growing the strike further from the 35 that walked off the job in the morning."

"We're tired of being threatened just for standing up for respect and a better life," said Rhonda Gilmore one of the workers on strike at Tulane University. "All we want is to be able to exercise our rights and make our jobs better."

Despite their dedication and hard work, cafeteria workers at Tulane and Loyola earn a poverty wage--as little as $8.00 an hour. A Sodexo worker at that wage level makes just $16,640 per year working full-time--well below the federal poverty line of $22,050 for a family of four. Sodexo is one of the largest employers in the New Orleans region, and as the area leader in food service management sets employment standards for thousands of workers in the market. In a city where the poverty rate is more than double the national average, setting such a low standard has real consequences.

In addition, Sodexo's healthcare plan is often too expensive for the workers, and many must turn to public assistance for healthcare, housing, and food.



Since Tulane and Loyola workers began forming a union, they have been subjected to harassment and intimidation by Sodexo management. Last week, the workers voted to strike. Among other things, they are upset about the treatment they've received from Sodexo managers since they began their campaign to organize. One union activist, Terry Shelly, formerly a cashier at Loyola University, has been fired, and other workers at Loyola and Tulane have reported interrogation, surveillance, and threats from managers. The local office of the National Labor Relations Board is currently

### TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

### FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

### SEARCH

Search

investigating these charges.

The strikes are the culmination of months of efforts by workers to form a union, and more than a week of heightened activity in New Orleans by workers, students, and community leaders. For example, last Tuesday, Sodexo workers and community leaders testified before the New Orleans City Council that--nearly five years after it pledged to help the city with its economic recovery--the company has failed to live up to those promises. At the hearing, workers released a report that revealed, among other things, that Sodexo Facilities management erased overtime from weekly time reports from time clocks every Wednesday or Thursday, stealing a total of $22,000 from workers over the course of last year. Sodexo eventually agreed to pay back the money after workers put pressure on the company.

Workers also demonstrated their support to form a union last week by holding rallies and delivering petitions to Sodexo management, including a march that united Sodexo workers from multiple sites across the city in a march that crossed both the Tulane and Loyola Campuses.

ShareThis   Categories: Blog | Tags: clean up sodexo, cleanupsodexo, loyola, loyola university, new orleans, nola, sodexho, sodexo, tulane, tulane university

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

Community Guidelines

PREVIEW    SUBMIT

**Issues**
Blog
About Us
Poor Management
Quality of Service
Misplaced Priorities
Anti-Worker Record
Media

**Site Resources**
RSS Feeds
Privacy Policy

**Partner Sites**
SEIU
Campaign for Quality
Services

**Social Networks**
YouTube
Twitter
Facebook

CLEAN UP SODEXO
SEIU (WWW.SEIU.ORG) 1800 MASSACHUSETTS AVE NW, WASHINGTON, DC
NATIONAL CAPITAL AREA: 202-730-7000; TOLL-FREE: 800-424-8592
© 2009 SEIU - SERVICE EMPLOYEES INTERNATIONAL UNION, CTW, CLC

# EXHIBIT 48

## CLEAN UP SODE O

Email Address

Zip Code          SIGN UP

BLOG    ABOUT US    POOR MANAGEMENT    QUALITY OF SERVICE    MISPLACED PRIORITIES    ANTI-WORKER RECORD    MEDIA

WORKERS    HIGHER ED    PARENTS    EDUCATORS                                                               EN FRANÇAIS

# In Lehigh Valley, PA, One Hundred Area Students and Food Service Workers March in Protest

Matt Painter   8:04 PM - April 15, 2010 | 0 Comments

Singing chants and waving signs, nearly 100 students, union members, and cafeteria workers marched through downtown Allentown today to protest food service provider Sodexo's unlawful attacks on employees' efforts to improve their jobs. As they snaked their way through the city, ralliers protested at buildings that use the food service giant to manage their cafeterias.

"I work at a hospital but can't see a doctor when I get sick, and my kids can't go see a doctor when they get sick," said Tiffany Lewis, a single mother of two and food tray server at Cedar Crest Hospital who makes $8.25 an hour. "Sodexo is a big company that makes billions of dollars. There's no excuse for it to treat us this way."

Hundreds of Sodexo workers at area hospitals and universities are paid poverty wages and most have no access to affordable health care. When workers have stood up for better conditions, Sodexo has responded by unlawfully interrogating, disciplining and threatening workers. Sodexo employees at Lafayette College and Lehigh Valley Hospital have called for the National Labor Relations Board to investigate labor law violations.

"Workers from Muhlenberg College, Lehigh University, Lafayette College, Sacred Heart Hospital, St. Luke's Hospital and other Sodexo employed locations are struggling for their basic right to form a union," said Joe Caporoso, current graduate student at Lehigh University and Muhlenberg College graduate. "We cannot let this company continue to break the law and intimidate members of our community."

ShareThis    Categories: Blog | Tags: allentown, cedar crest hospital, clean up sodexo, cleanupsodexo, healthcare industry, lafayette college, lehigh university, lehigh valley, lehigh valley hospital, muhlenberg college, sodexho, sodexo, st. luke's hospital

TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

SEARCH

[          ]  Search

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

# EXHIBIT 49



Email Address

Zip Code                    SIGN UP

**BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA**

**WORKERS   HIGHER ED   PARENTS   EDUCATORS**                                      **EN FRANÇAIS**

# UPDATED: Twenty More Arrests as Sodexo Protests Spread to Ohio State University

Virginia Rodino   5:16 PM - April 15, 2010 | 0 Comments

*You can now view video of today's event here: http://cleanupsodexo.org/2010/04
/video-twenty-more-arrests-as-sodexo-prot.php*

Twenty people were arrested at Ohio State University today as part of a rally protesting
the mistreatment of campus Sodexo food service workers seeking to improve their
conditions. The *Columbus Dispatch* reported on the protest today, citing the "poverty
wages" that Sodexo pays "and that most employees are part-time and don't receive
health-care coverage."

About 10 workers and 10 OSU students marched from the quad on campus down High
Street, the main thoroughfare that runs alongside campus. The group sat down in a
straight line right in front of the new student union, on city property. Linking arms and
chanting "O-H-I-O...Clean Up So-dex-o!!," the group received two police warnings
before being arrested and put in a paddy wagon. Workers--one of whom was Wayne
Suber, who is in a wheelchair--were supported by other students and workers who
continued rallying, chanting, and holding banners on the side of the street, protesting
Sodexo's actions against workers seeking to form a union. This activity is the basis of 16
unfair labor practice charges pending before the National Labor Relations Board in
eight states.

Three news helicopters hovered overhead as over 200 OSU students, community
members, and service workers protested. They were joined by an international
delegation of French and British trade unionists who are supporting U.S. Sodexo
workers who are standing up.

Sodexo employees at OSU's athletics facilities are paid poverty wages and most have no
access to affordable health care. Several employees have reported sexual harassment by
Sodexo managers. Sodexo workers at Ohio State University and on campuses across the
country who are campaigning to improve their working conditions have come under
attack by Sodexo in recent months including interrogations, surveillance, and even
firings of union activists.

**TAKE ACTION**

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

**FEATURED VIDEO**

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

**SEARCH**

[                    ]  Search

Among those who stood up for their rights are the Snell family. At least 12 of Sara Snell's immediate family members work for Sodexo at OSU--and more if you count in-laws. Since starting work for Sodexo in 2002, Sara has always needed a second job to pay the bills and raise her kids.

"I want better for my kids. I won't let them work for Sodexo," Sara says. "I want them to have a chance to succeed by advancing on the job and Sodexo doesn't give you that option. If someone works hard every day, they should have advancement opportunities. I don't have that."

Sara's mom Marcia only makes $14,000 a year, can't afford health insurance, and has no paid sick days.

"I need health insurance, but can't afford it. I need eyeglasses but can't buy them," Marcia says. "Obviously, I do my job well or they wouldn't have kept me for 10 years. I'm tired of begging for a raise and I'm tired of sacrificing time with my kids for a job that keeps us in poverty."

"If we were all treated the same--if the rules applied to everybody--then we'd be a lot happier in our job. I see women who are hired earn less than the men who get hired at the same time for the same job. I don't think that's fair."

The Snells want more for their family and their community, so they took a stand.

Another Sodexo employee who marched today is Sandy Dailey, a Sodexo food service worker at OSU. Though she's worked for Sodexo for 9 years, she's never had access to affordable health insurance.

On just $9 an hour, Sandy can't afford to pay for medical care out of pocket so she hasn't seen a doctor in 3 years despite having a serious heart condition.

Sandy has already had two heart attacks at work after having to lift boxes of syrup for soda--some as heavy as 60 pounds. She is supposed to take medicine for her high blood pressure but can't afford it.

The last time she complained of chest pain and declined to lift the boxes, her Sodexo supervisor didn't schedule her to work for a whole week afterwards.



"So I lift the boxes," she says, tears streaming down her face. "I know I shouldn't, but what choice do I have? If I don't do it, I don't get scheduled."

Sodexo workers from France and England joined the Ohio State University march, standing in solidarity with the U.S. Sodexo workers. French and British unions along with SEIU are working together to secure a global guarantee from Sodexo to improve pay and working conditions and guarantee the right of Sodexo workers to be able to join a union without opposition.

ShareThis          Categories: Blog | Tags: arrest, arrests, civil disobedience, clean up sodexo, cleanupsodexo, labor, ohio state, ohio state university, osu, sodexho, sodexo, student union, the ohio state university, union, unions

# Leave a comment

# EXHIBIT 50

# CLEAN UP SODE O

Email Address

Zip Code        SIGN UP

BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA

WORKERS   HIGHER ED   PARENTS   EDUCATORS                                                          EN FRANÇAIS

## Protesters Arrested In Support of Sodexo Workers at Clark University

Chris Schwartz   4:35 PM - April 15, 2010 | 0 Comments

A 50-person march of students, workers, and community members at Clark University in Worcester, Massachusetts, this morning resulted in three arrests when participants blocked traffic in an intersection near campus.

Thursday's event at Clark is one of several across the country this week intended to protest Sodexo's attacks on employees trying to form a union.

"I am a little scared, but they can't intimidate me," said Delia Rodriguez, a Sodexo prep cook at Clark who spoke at the rally. "We should not be intimidated at our jobs. We have a right to stand up and fight for our jobs."

Student support organized by the group Clark Unite! has been central to the workers' struggle at the university, a fact that the Sodexo worker acknowledged to the crowd. "Thanks to the students. This never would have happened without them," Delia said. "We feel good because we're not standing alone."

### Read More on Clark University

- Ryan Smith, Clark University Student: "Workers aren't asking for crazy things."

- Students Step Up for Sodexo Workers

**TAKE ACTION**

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

**FEATURED VIDEO**

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

**SEARCH**

[                    ]   Search



"I know your fight is a courageous fight," said SEIU Local 615 President Rocio Saenz at the rally. "As a community, we know this is a matter of when, not if. We are joining today with Sodexo workers across the country. You are showing courage in telling your story. It inspires all of us."

There's no doubt the student and worker activity at Clark has captured the university's attention. Just last week, according to an article in Worcester's *Telegram & Gazette*, university President John E. Bassett wrote in an open letter to the campus, "Clark University holds dear its belief in ... the right of workers to choose whether or not to be represented through collective bargaining. Workers must be free to make these choices without harassment or intimidation by management or union or supporters of either. While employees of contractors are not technically employees of Clark, all companies with which Clark contracts--through the process of developing the contract--understand and appreciate these University principles and the expectations that go with them."

Still, students and workers know that a letter is not enough, especially given the numerous charges of unfair labor practices by Sodexo across the country, including charges of surveillance and retaliation at Clark, that gave rise to the protests. According to the news report, "Hannah Caruso, a graduate student at Clark and a member of Clark Unite!, said the group was disappointed with the letter. The group wants the university to tell Sodexo that all of its workers must be rehired in the fall regardless of whether they are pro-union. If Sodexo does not commit to that, the group wants Clark to tell Sodexo that its contract will be 'at risk,' Ms. Caruso said."



ShareThis                    Categories: Blog | Tags: arrest, arrests, clark, clark unite, clark unite!, clark
                             university, clean up sodexo, cleanupsodexo, sodexho, sodexo, worcester

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

Community Guidelines

PREVIEW     SUBMIT

| Issues | Site Resources | Social Networks |
|---|---|---|
| Blog | RSS Feeds | YouTube |
| About Us | Privacy Policy | Twitter |
| Poor Management | | Facebook |
| Quality of Service | **Partner Sites** | |
| Misplaced Priorities | SEIU | |
| Anti-Worker Record | Campaign for Quality | |
| Media | Services | |

CLEAN UP SODEXO
SEIU (WWW.SEIU.ORG) 1800 MASSACHUSETTS AVE NW, WASHINGTON, DC
NATIONAL CAPITAL AREA: 202-730-7000; TOLL-FREE: 800-424-8592
© 2009 SEIU - SERVICE EMPLOYEES INTERNATIONAL UNION, CTW, CLC

# EXHIBIT 51

Case 1:11-cv-00276-CMH -IDD    Document 1-12    Filed 03/17/11    Page 47 of 81
Workers, students fight Sodexo
Page 1 of 2

✉ Email this article
🖨 Print

# WORKERS W★RLD

## Workers, students fight Sodexo

**By Roger Sikes**
Atlanta
Published Sep 6, 2010 11:17 PM

Twitter

Facebook

MySpace

More
Destinations

Follow workers.org on
twitter facebook iGoogle
BlackBerry iPhone

**RED HOT:**

WISCONSIN WORKERS FIGHT BACK,
SUPPORT STATE & LOCAL WORKERS,
EGYPT, NORTH AFRICA & MIDDLE EAST,
STOP FBI REPRESSION, RESIST ARIZONA RACISM,
NO TO FRACKING, DEFEND PUBLIC EDUCATION, ANTI-WAR,
HEALTH CARE, CUBA, CLIMATE CHANGE,
JOBS JOBS JOBS, AFGHANISTAN,
STOP FORECLOSURES, IRAN, IRAQ,
CAPITALIST CRISIS, IMMIGRANTS, LGBT,
POLITICAL PRISONERS, KOREA, CHINA,
HONDURAS, HAITI, AFRICA,
WOMEN, SOCIALISM, GAZA

Food service and laundry workers, student organizers and Workers United of the Service Employees union descended upon Atlanta the week of Aug. 9 to culminate a summer-long program aimed at pressuring food service giant Sodexo to agree to a global card check agreement.

Sodexo is a global union-busting food service subcontractor that employs more than 120,000 workers in the United States at universities, schools, prisons and hospitals. These jobs typically don't provide affordable health care, incomes above the federal poverty level, or skill development in the workplace, especially for workers of color.



**Rally supports Sodexo workers.**
Photo: Roger Sikes

☒ Clip to

✉ Respond

Students from universities in more than 10 states have been working alongside the Sodexo cafeteria workers at their schools in a program called the SEIU Summer Brigade. Attempting to build organizational infrastructure for the coming school year, this work included outreach to workers previously uninvolved with the campaign; building political support with local progressive politicians; and engaging community groups to hold universities accountable to their socially responsible rhetoric and to pressure Sodexo into a card check neutrality agreement.

Atlanta is a hub for the Sodexo campaign because of the large number of universities involved, including Morehouse College, Emory University, Clark Atlanta University, Georgia State University and the Georgia Institute of Technology.

On Aug. 12 the group of more than 350 local and national supporters rallied outside of Clark Atlanta University, a historically Black university, to support the Sodexo workers who went public with the campaign there for the first time. The protesters then broke up into smaller groups and dispersed throughout the historic West End community of Atlanta, to engage community members in dialogue regarding the lack of good jobs in the community and the impact of international employers like Sodexo on their neighborhoods and families.

Participants reunited at Mount Moriah Baptist Church for a town hall meeting where workers and students shared their stories with one state senator, two members of Congress and one City Council member. The politicians pledged to meet with university presidents, to "work a day in the shoes" of a Sodexo worker and to launch an investigation into Sodexo's labor practices and its role in the community.

The national backbone of support coupled with grassroots community organizing in Atlanta is key to building people power in the South. This campaign is focused in key Southern cities such as Atlanta and New Orleans and connects Southern workers and students to regions with traditionally stronger union and progressive movements.

The Sodexo campaign offers an opportunity for students and workers to unite at the national level. In recent history, campus labor struggles have been isolated to

campuswide or citywide organizing. The nature of this campaign facilitates cross-campus and cross-state coordination, because pressure applied to any of Sodexo's sites will impact a national or international bargaining agreement.

Students have leverage in this situation because it is the universities that hold the contracts with Sodexo. As customers and consumers it does not bode well for the university or Sodexo if students reject the current exploitative working conditions of subcontractors like Sodexo.

United Students Against Sweatshops is working to help coordinate a national student strategy that forces universities to hold subcontractors like Sodexo accountable to certain labor standards. If Sodexo is not willing to comply, then a different subcontractor will be brought in with restructured labor standards while ensuring that the current workers are rehired.

Articles copyright 1995-2011 Workers World. Verbatim copying and distribution of this entire article is permitted in any medium without royalty provided this notice is preserved.

Workers World, 55 W. 17 St., NY, NY 10011
Email: ww@workers.org
Subscribe ww-news-subscribe@workersworld.net
Support independent news DONATE

# EXHIBIT 52

Case 1:11-cv-00276-CMH -IDD   Document 1-12   Filed 03/17/11   Page 50 of 81

Video: Terasia Bradford, Ohio State student: "The status quo has got t...

1 of 2

# CLEAN UP SODE O

Email Address

Zip Code

SIGN UP

BLOG    ABOUT US    POOR MANAGEMENT    QUALITY OF SERVICE    MISPLACED PRIORITIES    ANTI-WORKER RECORD    MEDIA

WORKERS    HIGHER ED    PARENTS    EDUCATORS

EN FRANÇAIS

## Video: Terasia Bradford, Ohio State student: "The status quo has got to change..."

Terasia Bradford, Ohio State University student   1:59 PM - August 6, 2010 | 0 Comments

As a freshman at the Ohio State University, I got involved in the Clean Up Sodexo campaign because I want to be an active participant in my community and have been outraged at Sodexo's mistreatment of workers, not only on my campus--but across the country.

I am one of the students on the Clean Up Sodexo Summer Brigade. It is so inspiring to be surrounded by workers fighting tirelessly to acquire basic rights, and students who understand that we need to have a say in the course of our country's future--and that we are helping shape what this future looks like by taking a stand. Being on the brigade has taught me that **anything is possible as long as we stick together and fight for what is right**.

It is frustrating when you see injustice--like the workers I've met who have invested 10 or 15 years in this company working hard, but not receiving the same respect and dignity they show to Sodexo. Workers like Marcia Snell, who couldn't even afford her heart medicine, despite serving students and fans at OSU football games for more than ten years.

So when I came to DC in June for the Clean Up Sodexo Summer Brigade, it was so refreshing to walk into a room full of hundreds of people who all have the same sense of urgency in **getting Sodexo to stop mistreating workers and start providing living wages and respect**.

We came home from DC with so many new organizing tools to fight on behalf of Sodexo workers on our campuses. We're no longer just students standing alongside workers in solidarity. Now, we're students actively organizing our campus communities.

 As we come to the end of week six, we are planning student actions for the fall and figuring out what it is going to take to reach the goal of workers in Ohio and all across the nation winning a union so they have a voice at their job.

During the Spring quarter this year, Ohio State students and supporters blocked traffic and 20 people were arrested protesting Sodexo. This upcoming quarter, **we are ready to do even more to show Sodexo that the status quo has got to change.**

---

*Terasia Bradford is a rising sophomore and an International Studies major at Ohio State University. Along with being one of 25 students picked for SEIU's Clean up Sodexo Summer Brigade program, she is also an active member of United Students Against Sweatshops (USAS).*

Sign up to join Terasia & other students across the country working to

TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

SEARCH

Search

# EXHIBIT 53

Case 1:11-cv-00276-CMH -IDD   Document 1-12   Filed 03/17/11   Page 52 of 81

Workers Stand Up Across the Country Against Sodexo's Low Wages a...

1 of 3

**CLEAN UP SODE O**

Email Address

Zip Code            SIGN UP

BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA

WORKERS   HIGHER ED   PARENTS   EDUCATORS                                    EN FRANÇAIS

## Workers Stand Up Across the Country Against Sodexo's Low Wages and Unfair Labor Practices

Clean Up Sodexo   4:00 PM - October 8, 2010 | 0 Comments

**Service workers employed by Sodexo at universities, hospitals and school districts from New Jersey to California went out on strike against the company this month, tired of what they see as Sodexo's pattern of interference and coercion of workers who are trying to lift themselves out of poverty by forming a union.**



Workers have been uniting to challenge Sodexo and its practice of paying workers as little as they can get away with in order to increase profits.

Here's what's happened this month at locations where workers went on strike:

### Clark University - Worcester, MA

> » Sodexo Workers on Strike at Clark University Following a Community Rally for Better Jobs

> » Food Service Workers at Clark University Strike Against Sodexo For Better Wages and the Right to Form a Union (features news footage)

### Crew Stadium - Columbus, OH

> » Sodexo Workers Picket at Major League Soccer Stadium in Ohio

> » Video: Joe Musick, Sodexo Concessions Worker: "My family shouldn't have to struggle...."

### Lehigh Valley Hospitals - Cedar Crest, Good Shepherd, Sacred Heart - Allentown, PA

> » Cafeteria Workers at Lehigh Valley Hospitals Strike to Protest Intimidation and Poverty Wages

### Ohio Stadium - Columbus, OH

> » Sodexo Workers Strike at Ohio State University During Saturday's Football Game

> » Striking OSU Workers Host Bus Tour of Columbus Neighborhoods to Show the Harsh Results of Sodexo's Low Wages

### TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

### FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

### SEARCH

[                    ] Search

Case 1:11-cv-00276-CMH -IDD   Document 1-12   Filed 03/17/11   Page 53 of 81

Workers Stand Up Across the Country Against Sodexo's Low Wages a...

2 of 3

*» VIDEO: News Coverage of Sodexo Workers' Strike at Ohio Stadium*

*» VIDEO: Sodexo Workers in Columbus Host Tour of Their Poverty-Stricken Communities*

## Highland Park Public Schools - Highland Park, NJ

*» Sodexo Workers at Highland Park Schools on Strike*

*» New Jersey Congressman Backs Sodexo Workers*

## Morehouse College - Atlanta, GA

*» Morehouse College Cafeteria Workers On Strike*

*» Campus Security at Morehouse College Bars Student Advocates, Sodexo Workers from Entering Campus*

*» Holding Sodexo's Feet to the Fire at Morehouse College*

## Tulane University - New Orleans, LA

*» Sodexo Food Service Workers on Strike at Tulane University*

*» VIDEO: Workers at Tulane University Speak Out About Low Wages and Disrespect from Sodexo*

*» VIDEO: A Strike and Rally in True New Orleans Style at Tulane University*

## Whittier College - Whittier, CA

*» Sodexo Housekeepers at Whittier College Strike over Intimidation and Poverty Wages*

---

Be sure to check out the video below of workers coming together to stand up for their rights from Sodexo:

**Tell Sodexo their unfair labor practices have to stop.**

Share   37

ShareThis

Categories: Blog | Tags: Allentown, California, Clean Up Sodexo, cleanupsodexo, Crew Stadium, food service workers & strikes, Highland Park public schools, Lehigh Valley, Morehouse College, Ohio Stadium, Ohio State, OSU, Sodexo, Sodexo workers, strike, strikes, Whittier, Whittier College

## Leave a comment

Name

Email Address

URL

☐ Remember personal info?

Comments (You may use HTML tags for style)

# EXHIBIT 54

From: THE UNIVERSITY CLUB          212 566 8096          11/19/2010 13:05          #191 P.001/003

**32BJ**

**SEIU**

*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**MICHAEL R FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

Online at
www.seiu32BJ.org

**Local 32BJ Headquarters**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Connecticut District**
800.228.5253
Hartford 860.560.8674
Stamford 203.602.6615

**Westchester District**
914.637.7000

**Long Island District**
516.579.4020

**New Jersey District**
866.5JANITOR
973.824.3225

**Philadelphia District**
215.226.3600

**District 82**
Washington 202.387.3211
Baltimore 410.225.7511
Silver Spring 301.562.9301

November 3, 2010

Paul Leitner
Board of Trustees
45 Rockefeller Plz
New York, NY 10111-1418

Dear Paul Leitner,

It's our understanding that Lehigh University currently contracts Sodexo for campus dining services. Sodexo is a multi-billion dollar French company and one of the largest food service management companies in the world. The company has a questionable track record with clients, employees, and students on college campuses across the country. We would like to share some information about the company that may be of interest to you

### *CLIENTS*

Sodexo made headlines for overcharging multiple public agencies in New York State.

- In July, 2010, New York Attorney General Andrew Cuomo reached a $20 million settlement with Sodexo to settle claims in a lawsuit alleging that the contractor overcharged 21 school districts and the State University of New York. According to Cuomo, Sodexo received significant rebates from its suppliers without acknowledging or passing the savings on to public clients, in violation of both the state and federal laws.

- In August, New Jersey Assembly members Linda Greenstein and Wayne DeAngelo urged New Jersey Attorney General Paula Dow to launch a similar investigation.

- Congresswoman Rosa L. DeLauro wrote to the US Department of Agriculture Secretary Tom Vilsack requesting an investigation of contract school meal programs in other states to help identify and recover any federal funds that have been misappropriated through the illegal practices revealed in the New York investigation.

- Just last month, Pennsylvania State Representative Mike Gerber joined to chorus calling on the commonwealth's attorney general, auditor general and secretary of education to examine Pennsylvania's contracts with Sodexo



**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**MICHAEL R FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

Online at
www.seiu32BJ.org

**Local 32BJ Headquarters**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Connecticut District**
800.228.5253
Hartford 860.560.8674
Stamford 203.602.6615

**Westchester District**
914.637.7000

**Long Island District**
516.579.4020

**New Jersey District**
866.5JANITOR
973.824.3225

**Philadelphia District**
215.226.3600

**District 82**
Washington 202.387.3211
Baltimore 410.225.7511
Silver Spring 301.562.9301

---

### STUDENTS

Students across the country have criticized Sodexo's operations on their colleges—from mandatory meal plans to the quality of food offered in campus cafeterias.

- In August 2010, a lawsuit was filed by students against the **University of Alabama** and its food service contractor Sodexo, alleging that the agreement between the university and Sodexo constitutes an illegal contract and violates a constitutional requirement prohibiting the state from being interested in any private or corporate enterprise.

- In February 2010, students at the **University of Louisville** held a press conference to urge their peers to back state legislation to kill the university's mandatory meal plan for commuter students.

- Students from **Northwestern University (IL), Montclair State University (NJ), SUNY-Binghamton (NY), George Washington University, University of Texas at El Paso, Lincoln University (PA) and Suffolk University (MA)**, have complained about the high price of food sold on campus, limited options and choices made available to students, rigid hours of operations, bugs found in food, and Sodexo's failure to pass local health inspections.

### WORKERS

Sodexo workers on campuses across the country are mobilizing to improve their working conditions and demand the company to respect their rights but Sodexo has repeatedly ignored these efforts or has responded with threats and intimidation.

- At **George Mason University (VA)** food service workers have walked off the job twice this year to protest poverty wages, high health insurance costs, work place injuries, and management's harassment and retaliation.

- At **Lafayette College (PA)** a single-mother who has worked for Sodexo for 7 years and earns just $8.25 an hour was interrogated and disciplined by management because of her efforts to organize her coworkers. Sodexo settled the charges with the National Labor Relations Board.

- At **Ohio State University Stadium**, over 100 workers, students, and community supporters gathered on campus this past April to protest Sodexo's low pay, minimal benefits and intimidation, 20 - 25 people were arrested for civil disobedience. On October 10th, Sodexo concession workers walked off the job again.

36



**32BJ**

**SEIU**

**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**MICHAEL R FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALARIE LONG**
Vice President

**Online at**
www.seiu32BJ.org

**Local 32BJ Headquarters**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Connecticut District**
800.228.5253
Hartford 860.560.8674
Stamford 203.602.6615

**Westchester District**
914.637.7000

**Long Island District**
516.579.4020

**New Jersey District**
866.5JANITOR
973.824.3225

**Philadelphia District**
215.226.3600

**District 82**
Washington 202.387.3211
Baltimore 410.225.7511
Silver Spring 301.562.9301

• **At Emory University (GA)** 78 professors wrote a letter to the University President this past May expressing their disappointment with the university's refusal to accept any responsibility for the lack of dignity and respect food service workers are receiving from Sodexo, a company the university chooses to contract with.

We have enclosed a packet of information regarding Sodexo's irresponsible practices on colleges across the country that could have an impact on student and worker satisfaction on your campus—and on the university's bottom line.

Please contact me at (412) 471-0690 or gmorgan@seiu32bj.org if you have any questions about the enclosed materials.

Sincerely,

Gabe Morgan
*Western Pennsylvania Area Leader*
*SEIU Local 32BJ*

# EXHIBIT 55



SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Westchester Office:**
140 Huguenot Street
New Rochelle, NY 10801
914.637.7000

**Connecticut Offices:**
196 Trumbull Street, Suite 400
Hartford, CT 06103
860.560.8674
1.800.228.5253

**Philadelphia Office:**
42 South 15th Street,
Suite 200
Philadelphia, PA 19102
215.226.3600

**New Jersey Office:**
560 Broad Street, 4th Fl.
Newark, NJ 07102
973.824.32BJ
1.866.5JANITOR

**Washington Office:**
910 17th Street, N.W.
Suite 210
Washington, D.C. 20006
202.789.8282



December 13, 2010

Ms. ROSALIE M MIRENDA
Neumann College
President of Neumann College
Attn: Presidents Office One Neumann Drive
Aston PA 19014

RECEIVED

DEC 2 2 2010

President's Office

Dear Ms. ROSALIE M MIRENDA:

It's our understanding that the Neumann College currently contracts Sodexo for campus dining services. Sodexo is a multi-billion dollar French company and one of the largest food service management companies in the world. The company has a questionable track record with clients, employees, and students on college campuses across the country. We would like to share some information about the company that may be of interest to you

### CLIENTS

Sodexo made headlines for overcharging multiple public agencies in New York State.

- In July, 2010, New York Attorney General Andrew Cuomo reached a $20 million settlement with Sodexo to settle claims in a lawsuit alleging that the contractor overcharged 21 school districts and the State University of New York. According to Cuomo, Sodexo received significant rebates from its suppliers without acknowledging or passing the savings on to public clients, in violation of both the state and federal laws.

- In August, New Jersey Assembly members Linda Greenstein and Wayne DeAngelo urged New Jersey Attorney General Paula Dow to launch a similar investigation.

- Congresswoman Rosa L. DeLauro wrote to the US Department of Agriculture Secretary Tom Vilsack requesting an investigation of contract school meal programs in other states to help identify and recover any federal funds that have been misappropriated through the illegal practices revealed in the New York investigation.

- Just last month, Pennsylvania State Representative Mike Gerber joined the chorus calling on the commonwealth's attorney general, auditor general and secretary of education to examine Pennsylvania's contracts with Sodexo.



**SEIU**

*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL R. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Westchester Office:**
140 Huguenot Street
New Rochelle, NY 10801
914.637.7000

**Connecticut Offices:**
196 Trumbull Street, Suite 400
Hartford, CT 06103
860.560.8674
1.800.228.5253

**Philadelphia Office:**
42 South 15th Street,
Suite 200
Philadelphia, PA 19102
215.226.3600

**New Jersey Office:**
560 Broad Street, 4th Fl.
Newark, NJ 07102
973.824.3281
1.866.5JANITOR

**Washington Office:**
910 17th Street, N.W.
Suite 210
Washington, D.C. 20006
202.789.8282

## _STUDENTS_

Students across the country have criticized Sodexo's operations on their colleges—from mandatory meal plans to the quality of food offered in campus cafeterias.

- In August 2010, a lawsuit was filed by students against the **University of Alabama** and its food service contractor Sodexo, alleging that the agreement between the university and Sodexo constitutes an illegal contract and violates a constitutional requirement prohibiting the state from being interested in any private or corporate enterprise.

- In February 2010, students at the **University of Louisville** held a press conference to urge their peers to back state legislation to kill the university's mandatory meal plan for commuter students.

- Students from **Northwestern University (IL), Montclair State University (NJ), SUNY-Binghamton (NY), George Washington University, University of Texas at El Paso, Lincoln University** (PA) **and Suffolk University (MA)**, have complained about the high price of food sold on campus, limited options and choices made available to students, rigid hours of operations, bugs found in food, and Sodexo's failure to pass local health inspections.

## _WORKERS_

Sodexo workers on campuses across the country are mobilizing to improve their working conditions and demand the company to respect their rights but Sodexo has repeatedly ignored these efforts or has responded with threats and intimidation.

- **At George Mason University** (VA) food service workers have walked off the job twice this year to protest poverty wages, high health insurance costs, work place injuries, and management's harassment and retaliation.

- **At Lafayette College** (PA) a single-mother who has worked for Sodexo for 7 years and earns just $8.25 an hour was interrogated and disciplined by management because of her efforts to organize her coworkers. While Sodexo claims it did nothing wrong, it agreed to settle the charges with the labor board.

- **At Ohio State University** Stadium, over 100 workers, students, and community supporters gathered on campus this past April to protest Sodexo's low pay, minimal benefits and intimidation, 20 - 25 people were arrested for civil disobedience. On October 10th, Sodexo concession workers walked off the job again.



**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

**Westchester Office:**
140 Huguenot Street
New Rochelle, NY 10801
914.637.7000

**Connecticut Offices:**
196 Trumbull Street, Suite 400
Hartford, CT 06103
860.560.8674
1.800.228.5253

**Philadelphia Office:**
42 South 15th Street,
Suite 200
Philadelphia, PA 19102
215.226.3600

**New Jersey Office:**
560 Broad Street, 4th Fl.
Newark, NJ 07102
973.824.32BJ
1.866.5JANITOR

**Washington Office:**
910 17th Street, N.W.
Suite 210
Washington, D.C. 20006
202.789.8282

- **At Emory University (GA)** 78 professors wrote a letter to the University President this past May expressing their disappointment with the university's refusal to accept any responsibility for the lack of dignity and respect food service workers are receiving from Sodexo, a company the university chooses to contract with.

We have enclosed a packet of information regarding Sodexo's irresponsible practices on colleges across the country that could have an impact on student and worker satisfaction on your campus—and on the university's bottom line.

Please contact me at (212) 388-2024 or bagustin@seiu32bj.org if you have any questions about the enclosed materials.

Sincerely,

Bianca Agustin
*Research Department*
*SEIU Local 32BJ*



# EXHIBIT 56

# WANTED

## FOR VIOLATING WORKERS' HUMAN RIGHTS






Phoebe Cook
Uptown General Manager
Tulane Univ.

Adeyami (TJ) Talabi
Uptown Director of Retail
Operations, Tulane Univ.

Marc Main
Resident Dining Manager
Loyola Univ.

Linda King
Retail Manager
Loyola Univ.

## CORPORATE GIANT SODEXO HAS ALLOWED ITS MANAGERS TO RUN FOOD SERVICES AT LOYOLA AND TULANE UNIVERSITIES LIKE THE WILD WEST.

According to charges filed with the federal government, Sodexo has:

☞ illegally fired Terry Shelly, a cashier in the cafeteria at Loyola University, for supporting efforts to form a union

☞ interrogated an employee about her involvement in the union and whether she had signed a union card, and told her that when the head manager finds out she supports the union he might fire her

☞ unlawfully interrogated and threatened workers at Loyola University and gave an impression that workers would be under surveillance

## Sodexo: stop the Wild West behavior and bring some Southern Hospitality to New Orleans.

Call John Monica, District Manager at (504) 415-9626 and tell him to allow workers the freedom to form a union the way they choose without management intimidation tactics.

*www.CleanUpSodexo.org*



**SEIU**
Stronger together

# EXHIBIT 57



**From:** ,
**Sent:** Wednesday, November 10, 2010 9:37 AM
**To:** Stu Gerhardt
**Subject:** Fwd: Trevor Delapara

Dear Mr. Gerhardt,
    This E-mail is being sent as an anonymous message from the concerned husband of one of
your valued employees. In the event that you have not seen this flier I sent it along as well. It
would seem to me that this kind of action by an employee and union should be stopped right away
if that is even possible.
    What is most interesting about this document is that the SEIU is accusing Sodexo of,
"intimidation, threats and by patronizingly telling them misguided information on how they should
form a union." This sounds clearly to me like a case of the, "pot calling the kettle black."
    The SEIU has sent Clark students to my home and the homes of other Sodexo employees
posing as Human Resource reps from Sodexo in an effort to pull in support. I have been home to
answer the door to such trickery. I know that Mr. Delapara has made threats and used intimidation
in his effort to retaliate against employees that are against the union coming into there workplace.
Vandals have struck off campus bringing the campus and local police into the matter as well.
What's most disturbing about this, is that these people know where we all live. What kind of
attacks are possibly to come upon our homes?
    These practices have been used by unions in this country for many years. Now a days in order
to get ride of a union you have to remove the provider of the services all together. The students of
Clark have not been around long enough to see the damage that a union can do. Bringing in a
union will not improve the quality of the service, but will certainly drive up the cost of the meals that
are provided.
    Sodexo has employees that have been faithful workers for many years and have made
successful careers out of there employment with your company. It concerns all of us
that employees with only one year of service with the company can pose as an activist.
Unfortunately the law does not support the employer too the extent that it does the other parties
involved.
    Once again Stu, I wish for this to remain anonymous. My wife has taken it on the chin once and
it concerns me that this may not be the end of it. Also, that these types of strong arm tactics my
spill over to our home at some point. Mr. Delapara or any union shouldn't be allowed to get away
with these kinds of tactics. Again though, the law protects these people. It appears though that he
will make good on his threats.
    Thank you for your time.
    Signed,
    Anonymous

This e-mail, attachments included, is confidential. It is intended solely for the addressees. If you are not an intended recipient, any use, copy or diffusion,
even partial of this message is prohibited. Please delete it and notify the sender immediately. Since the integrity of this message cannot be guaranteed on
the Internet, SODEXO cannot therefore be considered liable for its content.

# EXHIBIT 58

**From:** Jeff Scott
**Sent:** Wednesday, November 10, 2010 11:12 AM
**To:** Scott, Jeffrey
**Subject:** Fwd: Stay tuned!!!!!!

-------- Original Message --------
**Subject:** Stay tuned!!!!!!
   **Date:** Tue, 9 Nov 2010 22:17:42 -0500
   **From:** Tattle Tale <whizzleblowwer23@gmail.com>
      **To:** Danine                    ·, jeff              ≥, phil
         ≤                    , Roger ≤              ≥

Hello,

You don't know me, but I know you.
I know some things that are very,very true!
I will be in touch from time to time,
To keep you on your toes, and to report yours and their crime.

These words may not make too much sense today,
But in due time they will,with the things I will say.
The right from the wrong,I will sing a song,
Letting you and your boss know all along.

The inconsistencies,false reports,and shit has got to stop,
I know all from the workers at the bottom to those at the top.
Too much is out of control, and I took it upon myself to make a stand,
Important people will know where managers err, all by the typing from my little hand.

I have the emails of many big people at Ithaca College and Sodexho,
Do you want to test the info that I know?
If so, please keep doing the things that are wrong,like personal use of the company credit card
Or maybe docking time from employee's precious time card.

Just a warning from me to you,am I a student,spouse, or employee,
What else could I know, shall we see?
There is more to come, more wrongs to correct,
Think of me as a dick, hard and erect.

I hope you like my words of wisdom and take them to heart,
because these things stink just like a fart.
They have to be fixed,so stop taking advantage of your pretty title, and power
Chef manager, Director of Opertions, Manager, and Director, you all stink so go take a shower.

There is more to come, and I can email the president,

I wonder whose reputation I will dent?
Shall we see, and continue to dance?
And watch you all fly by the seat of your pants?

I will be back, but when? Or where?
What more info will I be willing to share?
I have to wonder do you even really care?
Or is it the bottom line that is all that is there?

This e-mail, attachments included, is confidential. It is intended solely for the addressees. If you are not an intended recipient, any use, copy or diffusion, even partial of this message is prohibited. Please delete it and notify the sender immediately. Since the integrity of this message cannot be guaranteed on the Internet, SODEXO cannot therefore be considered liable for its content.

Ce message, pieces jointes incluses, est confidentiel. Il est etabli a l'attention exclusive de ses destinataires. Si vous n'etes pas un destinataire, toute utilisation, copie ou diffusion, meme partielle de ce message est interdite. Merci de le detruire et d'en avertir immediatement l'expediteur. L'integrite de ce message ne pouvant etre garantie sur Internet, SODEXO ne peut etre tenu responsable de son contenu.

# EXHIBIT 59



**BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES**

**WORKERS   HIGHER ED   PARENTS   EDUCATORS**

## Sodexo Workers in Highland Park, NJ Call For Investigation Into Labor Law Violations

Ashley Wood 6:10 PM - August 31, 2010 | *0 Comments*

Sodexo workers in Highland Park, New Jersey, are calling for an investigation into potential federal labor law violations by their employer. Custodial and grounds keeping workers at Highland Park schools have filed charges with the National Labor Relations Board, claiming Sodexo management unlawfully established a rule prohibiting employees from reporting their working conditions to the Occupational Safety and Health Administration and representatives of SEIU Local 32BJ.

"We should have the right to safe jobs and to organize for better working conditions without Sodexo trying to interfere or intimidate us," said Eddie Hernandez, a Sodexo grounds keeper in Highland Park schools.

The Occupational Safety and Health Administration (OSHA) is the country's agency responsible for enforcing standards for workplace safety and health. Last month, OSHA fined Sodexo for nine safety hazards in South Plainfield, New Jersey schools. The Sodexo employee who had reported the South Plainfield violations lost his job and has filed a whistleblower complaint against the company. Not long after, Sodexo announced a rule barring their employees from talking about their working conditions.

"Sodexo should focus on making our schools safer," said Kevin Brown, New Jersey Area Director of 32BJ. "Workers need to be able to report hazards without the fear of being disciplined and without the fear of losing their jobs."

Sodexo's employees in several northeastern states have been organizing with Local 32BJ this year for better jobs. New Jersey Sodexo employees earn as little as $7.75 an hour and many can't afford health care coverage for themselves or their families.

Sodexo has been repeatedly scrutinized in New Jersey, including multiple NLRB

charges for harassment and intimidation, school meal nutrition criticism, and a call from state legislators for an investigation into Sodexo's earned rebates from food manufacturers.

ShareThis | Categories: Blog | Tags: 32BJ, Clean Up Sodexo, cleanupsodexo, Highland Park, intimidation, labor law, New Jersey, NJ, NLRB, OSHA, safety, Sodexo, South Plainfield, violations

## Leave a comment

Name
Email Address
URL
☐ Remember personal info?
Comments (You may use HTML tags for style)

Community Guidelines

[ PREVIEW ]   [ SUBMIT ]

**Issues**
Blog
About Us
Poor Management
Quality of Service
Misplaced Priorities
Anti-Worker Record
Media

**Site Resources**
RSS Feeds
Privacy Policy

**Partner Sites**
SEIU
Campaign for Quality
Services

**Social Networks**
YouTube
Twitter
Facebook

SEIU (WWW.SEIU.O
NATIONAL
© 2009 SEIU - SI

# EXHIBIT 60



Advertisers   55 Raritan   Contact Us   Search this site:
[ Search ]



**Calendar**
Local Arts · Workshops · Meetups
Click here for the February calendar

HIGHLAND PARK · RUTGERS · NEW BRUNSWICK

| CALENDAR | NEWS | VIEWS | AVENUES | PEOPLE | SPORTS | SCHOOLS | ARTS | LI'L VILLAGE | LIVING | FOOD | HUMOR |

## Service workers in H.P. schools rally for wages, safety

HOME   NEWS   SCHOOLS

### National union targets Sodexo corporation

CELESTE COMPTON
Thursday, October 7, 2010

On Wednesday, October 6th, public school service workers, representatives from local 32BJ of the Service Employees International Union (SEIU), and their local supporters gathered at Highland Park's Borough Hall to mark the workers' first one-day strike against the multinational corporation, Sodexo.



Sodexo, the nation's leading provider of food and facilities management, has a profound presence in Highland Park as a contracted provider of custodial and maintanence services to the public school district.

However, recent accusations that Sodexo does not provide its employees with a safe working environment, nor the proper tools to perform their duties, have drawn negative attention towards the company.

This past July, Sodexo was fined over $6000, by the Occupational Safety and Health Administration (OSHA) for nine serious safety hazards that endangered both employees and students in the South Plainfield School District.

Since then, employees of Sodexo in Highland Park claim to have been directed by Sodexo not to contact OSHA or the SEIU union, in clear violation of their workers rights.

On this autumn afternoon, Sodexo workers of Highland Park made sure their demands could not be ignored any longer.

From Borough Hall to the Highland Park High School, strikers and sympathizers chanted, "Clean up Sodexo," "No Justice, No Peace," and "Sodexo eschucha, estamos en la Lucha (Sodexo listen, we are in the struggle)." Once at the high school, marchers listened as several employees shared their experiences, calling for better working conditions, wages and health benefits.

Adam Baehr, a Sodexo employee living in New Brunswick, expressed his difficulty at trying to make a living while earning only $8.50 per hour. Other Sodexo employees earn as little as $7.75 per hour, making health coverage for these working families not even an option.

"[I live] paycheck to paycheck," Baehr stated, "and it's sad that [Sodexo] treats their employees like this: we do all the work, while they get the bonuses at Christmas."

Eddie Hernandez, a landscaper for Highland Park's public schools, spoke at the march about the complaints and demands that he said have consistantly gone

**NIGHTHAWK BOOKS**
*Used books*
*DVD Rentals*
*Screening Parties*
*Coffee · Tea · WiFi*
*Books · Groups Welcome*

*212 Raritan Avenue*
*Highland Park*

### RECENT COVERAGE

Looking Glass 2/20/2011

The City 2/16/2011

HPHS girls cruise, and boys claw, into states

No, you can't go home again . . . . and are you sure you wanted to?

Gaggle of goods will be awarded Feb. 28th

My car never tires, and neither do I

The City 2/9/2011

more

### NAVIGATION

HOME
LOGIN
CONTRIBUTORS
IMAGE GALLERY
MIRROR PDFS
QUICKSILVER PDFS
ARCHIVE

### CALENDAR

| < | Feb 2011 | | | | | > |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 01 | 02 | 03 | 04 | 05 |
| 06 | 07 | 08 | 09 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

Search Calendar





(Celeste Compton / The Mirror)

Ignored.

Sodexo Director of Public Relations Alfred King argues that Sodexo's pay and benefits "are very competitive among employers in the area for this type of work." King also claims that Sodexo offers a range of affordable benefits to their employees and the most popular plan only costs about $22 a week.

The rally on the high school lawn as classes were dismissed for the day drew people's attention and the support of passers-by, both adult and teenaged. They sang, carried signs and passed out fliers urging Highland Park's community to take action.

Kay Tsurumy, a local member of the Central Jersey Coalition Against Endless War, felt compelled to support the march.

"It's almost like 1910, with the Carnegies and the Rockefellers; the only thing that's changed is the end of the sixteen-hour workday," Tsurumy commented. But she worries that even the sixteen-hour workday has started to re-emerge, this time in the form of people having to hold two or even three jobs for lack of a better salary.

In a printed statement, SEIU's Area Director Kevin Brown stated, "It's deeply disturbing that Sodexo is using taxpayer dollars to keep workers from standing up for better, safer jobs. Workers shouldn't have to suffer while multi-billion dollar companies like Sodexo keep getting richer."

Add new comment

Powered by ProsePoint

# EXHIBIT 61



**32BJ**
**SEIU**
Stronger Together

**NEWS**

*Service Employees International Union*
**FOR IMMEDIATE RELEASE**

**FOR MORE INFORMATION**

Matt Painter: 212-388-3805
Lynsey Kryzwick: 212-388-3696

Thursday, April 15, 2010

# PITTSGROVE SCHOOL CAFETERIA WORKERS STRIKE
# TO PROTEST AGAINST INTIMIDATION

*— Students show support of one day walk off —*

**Pittsgrove, NJ**—In response to rampant mistreatment by food service contractor Sodexo, school cafeteria workers in Pittsgrove Township went on strike today. The one-day work stoppage is in protest of Sodexo's attack on workers' right to raise their families out of poverty by forming a union with 32BJ SEIU.

"I love serving the students, and it's hard work," says Denise Powell, one of the school cafeteria workers. "Right now, we can't live off the wages we make. Forming a union is the only way we'll be able to earn enough to put food on our families' tables, and we want to organize without being scared by the company."

Despite their dedication and hard work, Pittsgrove cafeteria workers earn a poverty wage—as little as $7.50 an hour. With Sodexo's healthcare plan costing $240 a month, most workers say they can't afford health insurance for their families.

Since August, when school cafeteria workers began forming a union, they have been subjected to harassment and intimidation by Sodexo management. Earlier this week, the workers voted to strike. Workers are striking at Schlalick High School, Olivet Elementary School, and Deerfield Elementary.

While management rolls out a campaign of coercion, Sodexo employees gained the support of the students they serve. Yesterday, dozens of Pittsgrove students wore T-shirts that read "I'm Supporting My Lunch Lady."

"I'm wearing a support our lunch ladies t-shirt because I believe that the lunch ladies don't get paid enough for their hard work," said Georgia Maitland, a high school student in Pittsgrove. "They get paid $7.50 an hour, which is how much some teenagers make at their jobs. With this pay, it's hard for them to support their families. Sodexo could pay the lunch ladies more."

Sodexo school cafeteria workers in West Orange and Long Branch, both in New Jersey, have filed charges with the National Labor Relations Board because intimidation from Sodexo management. The Labor Board is investigating those charges.

"Sodexo made more than $1 billion in profits last year, and instead of paying workers what their families need, the company would rather use its immense resources to attack workers' rights," said Kevin Brown, NJ Area Director of 32BJ SEIU.

In addition to the charges in New Jersey, Sodexo workers have filed labor board charges in seven states. Today's strike falls within a national week of action where Sodexo cafeteria workers, janitors, students, religious leaders and elected officials in 11 states are participating in rallies and strikes.

With more than 110,000 members in eight states and the District of Columbia, including 1,000 school cafeteria workers in New Jersey, 32BJ is the largest property services union in the country.

###

# EXHIBIT 62

# CLEAN UP SODE O

Email Address

Zip Code            SIGN UP

BLOG   ABOUT US   POOR MANAGEMENT   QUALITY OF SERVICE   MISPLACED PRIORITIES   ANTI-WORKER RECORD   MEDIA

WORKERS   HIGHER ED   PARENTS   EDUCATORS                                                    EN FRANÇAIS

## Why Is Sodexo Fingerprinting Our Children?

Ashley Wood  3:59 PM - August 19, 2010 | 0 Comments

In the search for innovative ways to improve school food services, Sodexo recently went a step too far in one Arizona school district.

On Monday, Sodexo **violated state law when it collected fingerprints from children** in the Cottonwood-Oak Creek school cafeterias, according to *Cottonwood Journal Extra* news editor Greg Ruland. The fingerprints were collected after they jumped the gun on a new computerized system implemented to associate with student identification numbers and allow parents to track what food their children are purchasing.

According to the *Cottonwood Journal Extra*:

> To implement the system, Sodexo began scanning students' right index fingers Aug. 16, but did not provide notice of its intention to do so 30 days in advance as required by state law... The letter sent to parents Aug. 13 also failed to include a notice in large, boldface, capital letters that the finger scans could not be collected without written consent from parents, also required by state law.

Sodexo still plans to use their voluntary "Touch and Go" system after following the appropriate Arizona procedures to get parental approval. The *Journal* story leaves several questions unanswered: **Why did Sodexo choose a fingerprint system over other non-invasive options; Is the school district is being billed for what is likely an expensive system?**

According to Food Services Manager Shawn M. Stevenson, the system would be secure and all data kept confidential. Even so, we're left wondering why a company that claims to be focused on fostering nutrition education and community involvement put in place technology that diminishes the interaction between cafeteria employees and students, and suppresses the open conversations between children and parents. The valuable human connection children have with food service workers -- sometimes the only adults they interact with in the cafeteria -- is now being sacrificed for expediency.

Teaching children about eating right and spending wisely isn't accomplished through surveillance technology. It starts with **conversations at home about healthy food and spending allowances**, and continues at school where **food service providers should be serving nutritious options** during breakfast and lunch periods - not prepackaged, sugary substitutes. Furthermore, there are plenty of non-invasive options, such as student lunch cards, that would still allow parents to quickly add funds to a child's account or keep track of how much they are spending.

We'd be interested to hear why taking fingerprints of children is truly a positive way to improve school cafeteria dining, other than **increasing the speed at which students and parents spend their money - a benefit only to Sodexo and food manufacturers.**

ShareThis

Categories: Blog, K-12 | Tags: Arizona, cafeterias, Clean Up Sodexo, Cottonwood, Cottonwood Journal, Cottonwood Journal Extra, Cottonwood-Oak Creek, fingerprinting, fingerprints, food services, Greg Ruland, identification, parents, Sodexo, students, teachers

## Leave a comment

### TAKE ACTION

Spread the word about our campaign

Tell Sodexo to respect workers

Submit a tip

Follow us on Twitter

Become a fan on Facebook

### FEATURED VIDEO

Sodexo Workers' Poverty Tour: Columbus, Ohio

All CleanUpSodexo Videos

### SEARCH

[          ] Search

# EXHIBIT 63



**LOCAL 615**

**SEIU**

*Property Services Division*

**SERVICE
EMPLOYEES
INTERNATIONAL
UNION, CLC**

*Rick, /Bob?
Please review and
inform me
Andre*

PU
ADMIN
2010

November 23, 2010

Mr. Andre Ravenelle
Superintendent of Schools
Fitchburg Public Schools
376 South St.
Fitchburg, MA 01420

Dear Superintendent Ravenelle,

I write on behalf of the members of SEIU Local 615. Local 615 represents 17,000 workers, including janitors, security officers, food service workers and other service workers. I write on behalf of our members and their families to request a meeting to share our concerns about the potential misuse of millions of dollars in federal school meal program funding.

As you may know, earlier this month, USDA Under-Secretary Kevin Concannon sent a letter to state school officials reaffirming the importance of safeguarding Federal funding in Federal child nutrition programs by ensuring that school food authorities are beneficiary to any discounts or rebates secured through procurement done on their behalf.

The USDA letter follows on an announcement this past July that New York Attorney General Andrew M. Cuomo had reached a $20 million settlement with Sodexo for overcharging 21 New York school districts and the State University of New York (SUNY) system.

The NY Attorney General's office determined that from September 2004 through August 2009, Sodexo received significant rebates from its suppliers without informing or passing the savings on to these schools – this was in direct violation of their contracts, as well as state and federal laws. The investigation found that Sodexo promised to provide goods at cost but did not acknowledge rebates from suppliers, resulting in illegal overcharges to the schools. On average, Sodexo received 14 percent rebates from its suppliers.

Cuomo's investigation also revealed that it is "common practice within the food service industry for service providers like Sodexo to leverage their size and market dominance to obtain rebates from vendors that supply food products, equipment and supplies." His office continues to investigate the rebating practices of other large, multi-national corporate providers of food service to public clients within New York State.

The USDA tightened school meal program procurement regulations in October of 2007 in an effort to remedy these types of abuses. Those rule changes were prompted by two USDA Office of Inspector General (OIG) audits that found improper contracting practices had undermined open competition and resulted in service companies improperly billing School Food Authorities (SFAs).

We find it particularly troubling that illegal overcharges occurred in New York as recently as 2009, well after the effective date of the USDA's new procurement rules, suggesting the need for either further regulatory or enforcement action.

250 Commercial Street
3rd Floor
Worcester, MA 01608

Tel
508-791-1670

Fax
508-753-8960



**LOCAL 615**

**SEIU**

*Property Services Division*

**SERVICE
EMPLOYEES
INTERNATIONAL
UNION, CLC**

This past September, Representative Rosa DeLauro wrote to Agriculture Secretary Tom Vilsack asking that the USDA begin an investigation by the Office of Inspector General of contracted school meal programs in other states to help identify and recover any federal funds that may have been misappropriated through the kinds of illegal procurement practices revealed in the New York investigation.

SEIU, on behalf of its members, approximately 70,000 of whom are in your state, has a longstanding interest and focus on the financial accountability and transparency of employers, particularly those awarded public contracts. We believe companies that receive public funding should meet high standards of financial accountability and transparency as well as providing decent wages and benefits to their workers. We agree with Rep. DeLauro that there is a need to investigate and to recover any federal and state funds that may have been misappropriated and we hope your office will consider launching a thorough investigation of Sodexo's school food service contracts in this state.

Thank you in advance for your time and attention to this matter. Please feel free to contact our office if we may be of any assistance to you on this or other issues of concern. I look forward to hearing from you.

Sincerely,

Adriana Fieldman,
Field Director, Central and Western Mass., SEIU Local 615

Cc: Ms. Katie Millett, Administrator, Office of Nutrition, Health, and Safety Programs

Enclosures:
- NY OAG Press Release, "ATTORNEY GENERAL CUOMO ANNOUNCES $20 MILLION SETTLEMENT WITH FOOD SERVICES COMPANY FOR OVERCHARGING NEW YORK SCHOOLS," July 21, 2010.
- Nov. 5th letter to state education directors from USDA Undersecretary Kevin Concannon
- Sept. 16th letter to Secretary Vilsack from Rep. Rosa DeLauro

250 Commercial Street
3rd Floor
Worcester, MA 01608

Tel
508-791-1670

Fax
508-753-8960

