IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SODEXO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.01:11-cv-276 |
| ) | |
| SERVICE EMPLOYEES ) | |
| INTERNATIONAL UNION, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss. It appearing to the Court that Plaintiff has stated a claim upon which relief can be had, it is hereby

ORDERED that this motion is DENIED.

                                                /s/
                                   Claude M. Hilton
                                United States District Judge

Alexandria, Virginia
July 26, 2011